FILED

2009 SEP 15 AM 10: 29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES

BY_____

Edwin F. McPherson--State Bar No. 106084
emcpherson@mcphersonrane.com
Pierre B. Pine -- State Bar No. 211299
ppine@mcphersonrane.com
McPHERSON RANE LLP
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel:(310)553-8833
Fax:(310)553-9233

Attorneys for Plaintiffs GREG D. CROWDER and TONY FREITAS

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

GREG D. CROWDER, an individual;
TONY FREITAS, an individual,

  Plaintiffs,

v.

NBC UNIVERSAL, INC., a Delaware corporation; SCOTT STUBER PRODUCTIONS, INC., a California corporation; BRANDON CAMP, an individual; MIKE THOMPSON, an individual; and DOES 1 through 10,

  Defendants.

CASE NO. CV09-6681 ODW (AGRx)

DECLARATION OF EITAN GORLIN IN SUPPORT OF APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

I, EITAN GORLIN, declare as follows:

1. I am a witness in this action. The facts herein are within my own personal knowledge and, if called to testify, I would and could testify competently thereto.

2. I have been a director, screenwriter, and producer for over ten years. I co-directed, co-wrote, and produced "The Last Republican" and "Sheldon," and I directed and wrote "The Holy Land," which won the 2002 Grand Jury Prize, at the Slamdance

– 1 –

Declaration of Eitan Gorlin

1 | Film Festival. I also produced the film "Sometime In August."

2 |     3. On September 8, 2006, I attended a dinner with Mr. Scott Bernstein, who at the time, I am informed and believe, was the Vice President of Production for Universal Pictures (hereinafter "Universal"), and his girlfriend, Ms. Shannon Hand, along with Plaintiff Greg D. Crowder. We had dinner at Sushi Roku, located at 8445 West 3rd Street, Los Angeles, CA 90048. I sat across from Ms. Hand and next to Mr. Crowder, while Mr. Crowder sat across from Mr. Bernstein.

    4. At the time, I was interested in directing a screenplay written by Plaintiffs Greg D. Crowder and Tony Freitas, titled "Truth," and I was attached to direct "Cactus," which was another screenplay written by Mr. Crowder. Mr. Crowder and I were having dinner with Mr. Bernstein and Ms. Hand to try to gauge Mr. Bernstein's interest in having Universal produce "Truth" and "Cactus," and to pitch those two projects.

    5. During our dinner Mr. Bernstein, Mr. Crowder and I discussed both "Cactus," and "Truth," in detail. During our discussions of "Truth," Mr. Bernstein talked about how successful a film called "The Break-Up" was for Universal, and that he was very proud that he had produced the film. Mr. Bernstein told us how actor Vince Vaughn had come to him with the pitch for "The Break-Up," and how the Universal executives were very pleased with him and his producers for the success of "The Break-Up," and that he was looking for another film that fit a similar profile as that film.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 4th day of September, 2009, in Brooklyn, New York.

_____
EITAN GORLIN

-2-