Edwin F. McPherson--State Bar No. 106084
emcpherson@mcphersonrane.com
Pierre B. Pine -- State Bar No. 211299
ppine@mcphersonrane.com
McPHERSON RANE LLP
1801 Century Park East
24th Floor
Los Angeles, CA 90067
Tel:(310)553-8833
Fax:(310)553-9233

Attorneys for Plaintiffs GREG D. CROWDER and TONY FREITAS

FILED
CLERK U.S. DISTRICT COURT
SEP 15 2009
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG D. CROWDER, an individual; TONY FREITAS, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NBC UNIVERSAL, INC., a Delaware corporation; SCOTT STUBER PRODUCTIONS, INC., a California corporation; BRANDON CAMP, an individual; MIKE THOMPSON, an individual; and DOES 1 through 20,<br><br>Defendants. | CASE NO. CV-09-6681 ODW (AGR)<br><br>DECLARATION OF KARINE SIMON IN SUPPORT OF APPLICATION OF PLAINTIFFS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

I, KARINE SIMON, declare as follows:

1. I am a witness in this action. The facts herein are within my own personal knowledge and, if called to testify, I would and could testify competently thereto.

2. In or about June 2006, I attended "The Fast and The Furious: Tokyo Drift" premiere, at Universal City, with my fiancée, Plaintiff Greg D. Crowder, at the invitation of Mr. Scott Bernstein, who I am informed and believe, at the time, was the Vice

- 1 -

1 | President of Production for Universal Pictures.

2 | 3. Although Mr. Bernstein appeared to be occupied at the premiere with many studio executives of Universal, he did ask Mr. Crowder to come in for a meeting at his office to further discuss two projects that Mr. Crowder was working on.

4. In or about August 2006, Mr. Crowder and I had dinner with Mr. Bernstein and his girlfriend, Ms. Shannon Hand, at Koi Restaurant, a sushi restaurant located at 730 N. La Cienega Blvd, West Hollywood, CA 90069. During this dinner, Mr. Bernstein inquired to Mr. Crowder about what was happening with his project "Truth." Mr. Bernstein commented how much he liked "Truth," and said that it was a smart, well crafted script, but that Universal would not purchase it with the dark tone of the subject matter.

5. Mr. Bernstein also stated that, if there were other projects that Mr. Crowder had written, he would like to see them. Mr. Crowder and Mr. Bernstein briefly discussed another project entitled "Cactus" that Mr. Crowder was working on, which Mr. Crowder told him was his first priority at the time, and that "Truth" was his second priority and that he really wanted to do "Truth" with Universal. During the course of dinner we also discussed other various subjects, including Mr. Bernstein's fondness for mixed martial arts, as well as his sneakers collection. At the end of the dinner, Mr. Bernstein paid the check for the entire dinner with his credit card.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct.

Executed this 7th day of September, 2009, at La Canet, France.

*KARINE SIMON*