DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

KELLI L. SAGER (State Bar No. 120161)
 kellisager@dwt.com
ANDREW J. THOMAS (State Bar No. 159533)
 ajthomas@dwt.com
JEFF GLASSER (State Bar No. 252596)
 jeffglasser@dwt.com
LISA KOHN (State Bar No. 260236)
 lisakohn@dwt.com

Attorneys for Defendant
NBC UNIVERSAL, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG D. CROWDER, an individual; TONY FREITAS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> NBC UNIVERSAL, INC., a Delaware corporation; SCOTT STUBER PRODUCTIONS, INC., a California corporation; BRANDON CAMP, an individual; MIKE THOMPSON, an individual; and DOES 1 through 20, <br><br> Defendants. | Case No. CV 09-6681 ODW (AGRx) <br> Assigned to the Hon. Otis D. Wright II <br><br> **DECLARATIONS OF BRANDON CAMP, MIKE THOMPSON, SCOTT BERNSTEIN, SCOTT STUBER, EDDIE EGAN, KELLI L. SAGER AND ANDREW J. THOMAS IN OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION, WITH EXHIBITS A-F** <br><br> Action Filed:     September 15, 2009 |

# CAMP DECLARATION

## DECLARATION OF BRANDON CAMP

I, Brandon Camp, declare as follows:

1.      I am over the age of 18 years, and have personal knowledge of the facts set forth in this declaration, except for those expressly stated on information and belief, which I believe to be true.  If called to testify as a witness, I could and would testify to the facts set forth below.

2.      Together with my business partner Mike Thompson, I have worked as a writer, director and producer in the motion picture and television industry since 1994. Our writing and producing credits include the 2002 motion picture Dragonfly, starring Kevin Costner, and the 2002-2003 Fox television series "John Doe."

3.      By 2006, Mr. Thompson and I began work on a screenplay originally entitled "Traveling."  We exchanged short segments of the story as it developed, and eventually decided to work together on developing the characters of a grief counselor who was suffering from his own unresolved grief, a female love interest character, and other characters in the script.  From the beginning, we conceived of the screenplay as a romantic drama.

4.      We completed our first draft of the screenplay, which we titled "Traveling," in early to mid 2006.  We wrote the screenplay independently and "on spec," meaning that we wrote a completed screenplay in the hope of later entering into a deal with a production company or film studio to develop the screenplay into a motion picture.  We were not provided with any ideas for a story, characters, theme, plot, dialogue, or setting by anyone at Universal or anyone else before or during our process of creating the spec script.  The script was conceived of and written entirely by Mr. Thompson and myself.

5.      On or about July 12, 2006, Emile Gladstone, who was my and Mr. Thompson's agent, submitted the first draft of our "Traveling" screenplay to Scott Stuber at Stuber/Parent Productions.  In approximately September 2007, Mr. Thompson and I entered into a Screenplay Option/Purchase Agreement with

DECLARATION OF BRANDON CAMP
DWT 13361293v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Universal Pictures under that agreement, our screenplay "Traveling" was developed into a motion picture for Universal Pictures in conjunction with a motion picture production company now known as Scott Stuber Productions, Inc.

6. The screenplay went through a number of revisions in the development process. The "Traveling" screenplay subsequently was made into the motion picture titled <u>Love Happens</u>, which stars Jennifer Aniston and Aaron Eckhart, and which I directed. The film is scheduled to be released theatrically by Universal Pictures on September 18, 2009.

7. During the time that Mr. Thompson and I were writing the "Traveling" screenplay, through the entire period of development and production of the motion picture <u>Love Happens</u>, I never had any contact with plaintiffs Gregory Crowder or Tony Freitas, nor have I ever seen a screenplay entitled "Truth" or "Truth Tells No Lies." I did not have any communications with Scott Bernstein at any time regarding our screenplay "Traveling" or the film <u>Love Happens</u>, nor did I have any communications regarding "Traveling" or <u>Love Happens</u> with anyone at Relativity Media, LLC.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed this _16_ day of September, 2009, at Los Angeles, California.

Brandon Camp

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

# THOMPSON DECLARATION

## DECLARATION OF MIKE THOMPSON

I, Mike Thompson, declare as follows:

1.   I am over the age of 18 years, and have personal knowledge of the facts set forth in this declaration, except for those expressly stated on information and belief, which I believe to be true.  If called to testify as a witness, I could and would testify to the facts set forth below.

2.   Together with my business partner Brandon Camp, I have worked as a writer, director and producer in the motion picture and television industry since 1994. Our writing and producing credits include the 2002 motion picture <u>Dragonfly</u>, starring Kevin Costner, and the 2002-2003 Fox television series "John Doe."

3.   By 2006, Mr. Camp and I began work on a screenplay originally entitled "Traveling."  At the time, I was living in Seattle and traveling frequently to Los Angeles.  The experience of traveling inspired me to write about the possibilities and uncertainties people face when they travel, including chance meetings with strangers that can affect their personal and professional lives.  Mr. Camp and I exchanged short segments of the story as it developed, and eventually decided to work together on developing the characters of a grief counselor who was suffering from his own unresolved grief, a female love interest character, and other characters in the script. From the beginning, we conceived of the screenplay as a romantic drama.

4.   We completed our first draft of the screenplay, which we titled "Traveling," in early to mid 2006.  We wrote the screenplay independently and "on spec," meaning that we wrote a completed screenplay in the hope of later entering into a deal with a production company or film studio to develop the screenplay into a motion picture.  We were not provided with any ideas for a story, characters, theme, plot, dialogue, or setting by anyone at Universal or anyone else before or during our process of creating the spec script.  It was entirely conceived of and written by Mr. Camp and myself.

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DECLARATION OF MIKE THOMPSON
DWT 13360166v1 0050033-000508

5.   On or about July 12, 2006, Emile Gladstone, who was my and Mr. Camp's agent, submitted the first draft of our "Traveling" screenplay to Scott Stuber at Stuber/Parent Productions.  A true and correct copy of our first draft of the "Traveling" screenplay, as well as the transmittal email message from Mr. Gladstone dated July 12, 2006, is attached as **Exhibit A** to this declaration.

6.   In approximately September 2007, Mr. Camp and I entered into a Screenplay Option/Purchase Agreement with Universal Pictures, pursuant to which our screenplay "Traveling" was developed into a motion picture for Universal Pictures in conjunction with a motion picture production company now known as Scott Stuber Productions, Inc.  The screenplay went through a number of revisions in the development process.  The screenplay subsequently was made into the motion picture titled <u>Love Happens</u>, which stars Jennifer Aniston and Aaron Eckhart, is directed by Brandon Camp, and is scheduled to be released theatrically by Universal Pictures on September 18, 2009.

7.   During the time that Mr. Camp and I were writing the "Traveling" screenplay, through the entire period of development and production of the motion picture <u>Love Happens</u>, I never heard of or had any contact with plaintiffs Gregory Crowder or Tony Freitas, nor have I ever seen a screenplay entitled "Truth" or "Truth Tells No Lies."  I did not have any communications with Scott Bernstein at any time regarding our screenplay "Traveling" or the film <u>Love Happens</u>, nor did I have any communications regarding "Traveling" or <u>Love Happens</u> with anyone at Relativity Media, LLC.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.  Executed this _16_ day of September, 2009, at Los Angeles, California.

Mike Thompson

DECLARATION OF MIKE THOMPSON
DWT 13360166v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# BERNSTEIN DECLARATION

# DECLARATION OF SCOTT BERNSTEIN

I, Scott Bernstein, declare as follows:

1. I am Senior Vice President, Production, at Universal Pictures, a division of Universal City Studios, LLLP, which is an indirect subsidiary of NBC Universal, Inc. ("Universal"). I have personal knowledge of the facts set forth in this declaration, except for those expressly stated on information and belief, which I believe to be true. If called to testify as a witness, I could and would testify to the facts set forth below.

2. I recall meeting Greg Crowder, receiving a screenplay he gave me, submitting it to our coverage department for analysis, and passing on (i.e., rejecting) the screenplay. I did not provide a copy of the screenplay titled "Truth" or "Truth Tells No Lies" (or any other screenplay given to me by Mr. Crowder) to Scott Stuber, Brandon Camp, Mike Thompson, Dylan Clark or anyone else associated with the development or production of the motion picture Love Happens, nor did I discuss the ideas, characters, setting, plot, story, themes or any other aspect of the screenplay "Truth" or "Truth Tells No Lies" with anyone involved in the development or production of Love Happens.

3. I was not the creative executive on Love Happens, and am informed and believe that Dylan Clark was the Universal creative executive on Love Happens. I never had any communications with Dylan Clark or any other creative or production executive at Universal concerning the acquisition or creative development and production of Love Happens.

4. Although I have worked with Scott Stuber on various film projects over the years, I did not have any involvement in Universal's purchase of the Brandon Camp and Mike Thompson screenplay which became Love Happens, or Universal's

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

development or production of <u>Love Happens</u>.  I did not have any communications with Mr. Stuber, Mr. Camp, or Mr. Thompson concerning <u>Love Happens</u>.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.  Executed this <u>15</u> day of September, 2009, at Los Angeles, California.

Scott Bernstein

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
fax (213) 633-6899

# STUBER DECLARATION

## DECLARATION OF SCOTT STUBER

I, Scott Stuber, declare as follows:

1.     I am a motion picture producer and principal of the company Scott Stuber Productions, Inc.  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, I could and would testify to the facts set forth below.

2.     I served as a senior executive at Universal Pictures ("Universal") for many years and, together with my colleague Mary Parent, ultimately was promoted to Vice Chairman Worldwide Production in 2003.  In 2006, Mary Parent and I left Universal, formed our own production company called Stuber/Parent Productions, and entered into an exclusive overall producer agreement with Universal, commonly called a "term deal."  Pursuant to this term deal, Universal had the opportunity to acquire motion picture projects produced by Stuber/Parent Productions.  In 2008, I formed another production company, Scott Stuber Productions, Inc., which also has a term deal with Universal.

3.     On or about July 12, 2006, representatives for Brandon Camp and Mike Thompson submitted an original screenplay entitled "Traveling," to Stuber/Parent Productions by e-mailing it to Jared Pfeifer, an employee of Stuber/Parent Productions.  Attached to this Declaration, as **Exhibit A** is a true copy of the July 12, 2006 e-mail and the "Traveling" script attached thereto.

4.     Stuber/Parent Productions became interested in Camp and Thompson's "Traveling" screenplay, ultimately supplied the project to Universal through its term deal with Universal, and proposed that Universal acquire the "Traveling" screenplay. It was Stuber/Parent's idea to make a movie based on the "Traveling" screenplay -- the project did not originate from anyone at Universal.

5.     Thereafter, on or about September 11, 2007, Universal entered into a Screenplay Option/Purchase Agreement with Camp and Thompson pursuant to which Universal acquired the rights to "Traveling" from Camp and Thompson.  At

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  that time, Universal also entered into a Writer Agreement with Camp and Thompson,
2  pursuant to which Camp and Thompson were hired to do a re-write of the
3  "Traveling" screenplay.  By approximately January 2008, a final shooting script of
4  "Traveling" was complete and plans were made to begin production of a movie based
5  on the "Traveling" script submitted and revised by Camp and Thompson.

6.     I do not know Greg D. Crowder or Tony Freitas and have never
7  discussed with them their screenplay entitled "Truth" or "Truth Tells No Lies."

7.     Scott Bernstein, a creative executive at Universal, was not involved with
9  the acquisition or production of "Traveling" (which ultimately became known as
10 "Love Happens").  I have never had any communications with Scott Bernstein
11 regarding the story, characters, plot, themes or any other aspect of "Traveling" or
12 "Love Happens."  Dylan Clark, not Scott Bernstein, was the Universal creative
13 executive who was involved in this project.

8.     I also did not have any communications with Ryan Kavanaugh or
15 anyone else at Relativity Media, LLC regarding the story, characters, plot, themes or
16 any other aspect of "Traveling" or "Love Happens."

I declare under penalty of perjury under the laws of the United States of
18 America that foregoing is true and correct.  Executed this _6_ day of September, 2009,
19 at Los Angeles, California.

_____
Scott Stuber

DECLARATION OF SCOTT STUBER
DWT 13361803v1 0050033-000508

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-8100
Fax: (213) 633-6899

# EGAN DECLARATION

## DECLARATION OF EDDIE EGAN

I, Eddie Egan, declare as follows:

1.　I am the President of Marketing of Universal Pictures, which is a division of Universal City Studios LLLP, an indirect subsidary of NBC Universal, Inc. ("Universal").  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify to the facts set forth below.

2.　Universal is engaged in the production, marketing, licensing and distribution of feature-length theatrical motion pictures.  I joined Universal in December 1994 as Senior Vice President of Marketing and have been employed since that time in various marketing capacities.  I became Co-President of Marketing in 2003 and President of Marketing in 2007.  My job duties include overseeing the strategy and implementation of marketing of all Universal's feature motion picture releases, including Love Happens, which also was referred to as "Traveling" and "Brand New Day" before it was finally titled Love Happens.

3.　Universal is the owner of the copyright and all other rights in the motion picture Love Happens, including the right to distribute it in the United States.  Love Happens is scheduled to be released nationwide on September 18, 2009.

4.　An injunction preventing the release of Love Happens, as scheduled, will have an incalculable detrimental impact on the film and on Universal.  The film has been completed (pre-production, principal photography, and post-production) at a cost in excess of $20 million; the pre-release marketing and advertising campaign has essentially been completed, at an additional cost of more than $20 million; Universal has entered into agreements with theater exhibitors who have booked the film for the September 18 release; approximately 1900 film and digital prints have been made and shipped; and the film is expected to open in 1898 locations (on 1917 theater screens) on September 18, 2009.

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## Universal's Production of Love Happens

5.      Universal acquired the rights to make <u>Love Happens</u> in or about September 2007, pursuant to a screenplay option/purchase agreement with writers Brandon Camp and Mike Thompson, under which the film would be produced by Scott Stuber Productions Inc.  At the time it acquired <u>Love Happens</u>, no physical production of the picture had been done.

6.      In producing a feature-length motion picture such as <u>Love Happens</u>, the screenplay is only the beginning of the process.  The completed motion picture <u>Love Happens</u> represents the combined effort of hundreds of individuals, who collectively have spent many thousands of hours working on the picture.  Among these people are writers, actors, stuntmen, cameramen, make-up artists, costume designers, automobile technicians, musicians, sound designers, visual effects artists, location scouts, executives, and many others.  It takes all of these individual contributions to create the images and experience presented on the movie screen.

7.      Pre-production on <u>Love Happens</u> began in October 2007.  Principal photography for <u>Love Happens</u> started in January 2008 and was completed on March 14, 2008.  On or about March 17, 2008, <u>Love Happens</u> began post-production, which is the process by which the raw footage created during principal photography is edited (and music and visual effects added to the footage) to become a final, commercial motion picture.  Post-production for <u>Love Happens</u> took approximately eight months and concluded in November 2008.

8.      From the start of pre-production in October 2007 to the close of post-production in November 2008, Universal spent in excess of $20 million in making <u>Love Happens</u>.  That amount does not include marketing and promotional expenses or costs incurred by Universal in connection with financing the film or acquiring the rights to make the film.  The current court proceeding aimed at enjoining the release of <u>Love Happens</u> puts Universal's entire investment at risk.

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

### The September 18, 2009 Release Date

9.     The planning of the marketing for a major motion picture such as <u>Love Happens</u> typically starts long before production begins.  In fact, it actually is an essential part of the decision to make the film.  A few key colleagues and I are part of a committee that decides whether to make a picture based on many considerations, including critically the ability to market it successfully, and I participated in the decision at Universal to "green light" (<u>i.e.</u>, to go forward to make) <u>Love Happens</u>.  At that time, Universal committed finances and resources to the physical production of the picture.  The theatrical release date both determines the "competition" the film will have and also is <u>the</u> most important decision made by the studio in planning the marketing and advertising of a major theatrical motion picture such as <u>Love Happens</u>.  That decision has a major impact on the success of a motion picture.

10.     From the start of principal photography, <u>Love Happens</u> had a planned release date in 2009 and we finalized the September 18, 2009 release date in Spring 2009.  On June 17, 2009, Universal announced publicly that <u>Love Happens</u> would be released in the United States on Friday, September 18, 2009, and a video trailer for the movie appeared on Yahoo.com to kick off promotion of the film.  A DVD containing a true and correct copy of this trailer is attached as **Exhibit B** to this declaration.

11.     The release date for <u>Love Happens</u> was chosen carefully and after much deliberation based on a number of factors, including the competitive landscape.  By that I mean we determined who the movie is for, both age-wise and psychologically, who the subject matter appeals to, what movies have recently served this target audience, and the nature and type of motion pictures that will be released at or about the same time.  All of these considerations are crucial to the success of a motion picture.  If, for example, a realistic romantic drama similar to <u>Love Happens</u> were released at the same time, it would diminish our audience.  Also, we saw an

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1 opportunity, after mid-summer release of a number of summer action movies, to

2 release a romantic drama into the market.

3    12.    The theatrical release date dictates the schedule for the marketing and

4 advertising of a motion picture.  A well-timed and successful marketing campaign is

5 a critical element in the success of a motion picture; indeed, the timing of the

6 marketing campaign can make or break a motion picture.  Motion picture marketing

7 campaigns typically are planned many months (sometimes as long as a year) before

8 the release of a motion picture, at which time the direction and tone of the marketing

9 campaign is conceived, materials are collected (for example, "behind-the-scenes"

10 footage or on-camera interviews), advertising designs and slogans are developed, and

11 budgets are created.

12    13.    The timing of this marketing and advertising campaign is fully

13 developed, working backwards from the release date.  The goal of a successful

14 marketing campaign is to bring awareness of the picture to the public and incite

15 interest in the film to a peak at the release of the motion picture.  This pre-release

16 anticipation is necessary to draw crowds to the film for its opening weekend.  A

17 successful opening weekend is crucial, as it will likely determine whether a film is

18 (or is perceived to be) successful and thereby will sustain public interest in the

19 motion picture.

20    14.    To build and maintain interest in a motion picture such as <u>Love</u>

21 <u>Happens</u>, an advertising and marketing campaign must be devised and begun several

22 months before release, with theatrical trailers or "teaser" trailers announcing the

23 motion picture being created and prints made and then distributed to theaters;

24 television and print advertisements, posters, and billboards created and then placed;

25 "exclusive" interviews or "sneak peeks" of the film scheduled, press junkets held and

26 personal appearances arranged; promotional agreements made with networks such as

27 E! Entertainment Television; and websites and online advertising developed and set

28 up, among other things.  In the weeks before opening, the marketing effort is

4

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

gradually increased, and the motion picture is advertised more broadly and with increased intensity, including trailers, billboards, television, and magazines and newspapers.  The final weeks and days preceding the theatrical release of a motion picture such as <u>Love Happens</u> are extremely important and crucial to its success. These final weeks build on all the marketing that has been done until that time. Without the final marketing push, the motion picture effectively cannot be released and is dead.

15.    Universal already has spent in excess of $12.6 million to date in the creation and placement of its pre-release marketing campaign for <u>Love Happens</u>, and has entered into marketing agreements with television, radio, online, outdoor advertising and other media that will bring the total spent to more than $20 million by the day <u>Love Happens</u> opens on September 18.

16.    Work on the creative advertising campaign began during the filming of <u>Love Happens</u>, during which time mock-ups (called "comps") were created for potential posters (called "one-sheets") and trailers were cut from the filmed product created on a daily basis during production (called "dailies").  The one-sheets and trailers began playing on Yahoo.com on June 17, 2009.  The trailer also had a debut on the "Access Hollywood" television program during this period.  On June 19, 2009, the first theatrical trailers began playing at the beginning of the movie "The Proposal," which was the highest grossing film for that weekend.  Since then, the theatrical trailer has been regularly played before a number of major motion pictures, including "500 Days of Summer" and "The Time Traveler's Wife."  In addition, the trailer has been available on our website and on Yahoo.com and many other websites.  The posters for <u>Love Happens</u> were finalized many months ago and placed in hundreds of theater lobbies across the country starting in June 2009.

17.    We began our press and publicity campaigns while the movie was being filmed and arranged for press to go to the set during production.  We had press screenings of the movie in New York and Los Angeles and put on a press junket with

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
365 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

the stars of the movie on September 8, 2009.  The movie has been heavily reported in the media.  For example, <u>Love Happens</u> has been reviewed and/or discussed in the following magazines and newspapers, among others, already published: Elle, Outside, New York, People, US Weekly, Entertainment Weekly, New York Times, Los Angeles Times, USA Today, Associated Press, Daily Variety, to name a few.  It has been the subject of stories on many television shows such as Access Hollywood, CNN, E! Entertainment Television, ABC's "Good Morning America," MTV, and numerous local stations and on-line sites.  This publicity for <u>Love Happens</u> was complicated and costly given the other commitments of the stars of the movie, as Ms. Aniston and Mr. Eckhart were both shooting other pictures during this time.  We also developed print ads months ago (because of the need for a long lead time to place the ads).  We placed those print ads for <u>Love Happens</u> in the type of magazines and other media we believed would best suit our audience, such as fashion magazines.

18.     By the end of the film's first week, Universal will have spent more than $14.6 million on traditional television advertising.  These advertisements were created in early 2009, intensified throughout the summer, and began to air in early August 2009 on cable networks, including Bravo, Lifetime, ABC Family, and Oxygen.  Universal currently is creating new spots which will run on opening day of the picture.

19.     Part of Universal's advertising budget is dedicated to online media.  We planned and built a website, www.lovehappensmovie.com, that became operational in June 2009.  As noted, the trailer for the film was placed on that website, on Yahoo.com, and on partners DailyCandy.com and Fandango.com.  We also have produced integrated media placements such as custom virtual gifts on Facebook, an MSM "Wonderwall" Jennifer Aniston photo retrospective, a Lifetime.com sweepstakes, a custom "Celebrity Love Happens" quiz on Buzznet, a SheKnows "Guess The Celebrity Couple!" Quiz and a Spark.com American Singles editorial piece with Burke's Dating Tips.  Media placements for the film have included AOL,

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Bravo, Buzznet, Facebook, Hulu, Perez Hilton, Yahoo, and Rotten Tomatoes, among others. They were, of course, prepared well prior to that date.

20.    All of these efforts and expenditures have resulted in raising the awareness and anticipation on the part of the movie-going public and brought significant media attention to <u>Love Happens</u>, which we believe will result in (and are necessary for) a successful release of the film.

### The Impact If The Release of Love Happens Is Delayed

21.    If <u>Love Happens</u> were pulled from release just days before its scheduled release, it would have a devastating impact on Universal and others, and on the overall viability and potential success of the film.

22.    If the release is postponed, it would severely disrupt Universal's entire marketing and advertising strategy. Universal will lose the benefits of all of its past advertising and marketing, all of the press relating to the motion picture, and all word of mouth. Aside from that, Universal would suffer a huge monetary loss (in the millions of dollars, if not tens of millions of dollars) in wasted advertising and marketing expenses.

23.    A change in the release date for <u>Love Happens</u> also would severely undermine the chance of success of the film, and could result in a multi-million dollar loss for Universal at the box office. As previously explained, the release date for <u>Love Happens</u> was carefully planned to take advantage of a number of competitive factors. In this case, September 2009 was determined to be the optimum time for release of this film. Based on the careful analysis that was done to determine the September 18 release date, I believe there is no other realistic release date for <u>Love Happens</u> for at least the remainder of this year. More likely, the film could not be released until sometime in 2010, because theater screens generally are booked for the remainder of the 2009 with other motion pictures.

24.    If the release of <u>Love Happens</u> were delayed until 2010, there is a substantial risk that the film would be perceived as an "old" and "troubled" motion

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1   picture.  The film will be tarnished and, in addition, many people who saw the

2   theatrical trailers in June through early September 2009, or the other marketing or

3   publicity materials, would likely believe that the film was previously released.  Most

4   critically, the excitement that is building for the motion picture at this moment could

5   not be recaptured, and many potential viewers who now are looking forward to the

6   film will have lost interest later in the year or next year.  Thus, even a temporary

7   injunction against the release of Love Happens would mean that film could not open

8   in theaters for many months, and might well mean that the film would never have a

9   theatrical release.

10       25.    Furthermore, Universal's relationships with its exhibitors would be

11   immediately and significantly damaged.  Exhibitors have viewed Love Happens,

12   entered into agreements with Universal, and booked the film for its September 18,

13   2009 opening.  Prints have been made and exhibitors have advertised it for their

14   theaters (some 1900 in total).  Entry of an order preventing the release of Love

15   Happens would place Universal in legal jeopardy with motion picture exhibitors

16   across the country, who have contracted to display Love Happens, and undoubtedly

17   would result in theaters sitting dark with no films to show at all, since it is now too

18   late for theater operators to book new films for this weekend and next week.

19       26.    A delay in the release of Love Happens also would have a ripple effect

20   on all of Universal's business plans with respect to the film that could not be

21   calculated.  All of the release "windows" for a motion picture are carefully

22   coordinated around the theatrical release date.  The theatrical release date also is

23   important because it governs the DVD-release date, which then, in turn, has an

24   impact on the other release "windows," such as pay-per-view, airline, armed forces,

25   cable television, online distribution, and all other non-theatrical media.  The entire

26   financial return in connection with a film is based upon the theatrical and DVD

27   release dates, as those dates govern when income is projected and is received by the

28   studio.  A successful theatrical marketing campaign and opening box office is a

DECLARATION OF EDDIE EGAN
DWT 13358825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

critical part of driving demand for subsequent release "window" for the motion picture, most importantly, the DVD and pay cable releases.  If the theatrical date were disrupted, Universal then would be forced to alter its plans for the release of the DVD, which likely will otherwise come out around the favorable holiday shopping season.  If the DVD is not released in time for the holiday shopping season, it will lose a significant amount (if not most) of its potential sales.  A delay to the DVD release would also mean a delay in the cable and pay-per-view releases.  Changes to the theatrical, DVD, and home entertainment release dates would have a huge impact on Universal's financial results for 2009, because Universal would not recoup this year any of the millions of dollars it spent on the film.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.  Executed this 16th day of September, 2009, at Los Angeles, California.

Eddie Egan

9

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400

# SAGER DECLARATION

## DECLARATION OF KELLI L. SAGER

I, Kelli L. Sager, declare as follows:

1.    I am a partner in the law firm of Davis Wright Tremaine LLP, counsel for NBC/Universal, Inc. ("Universal"). I have personal knowledge of the facts set forth in this declaration, except for those expressly stated on information and belief, which I believe to be true.

2.    On September 14, 2009, while I was in New York City on business, I learned that Edwin McPherson, counsel for the plaintiffs in this action, had notified Universal that he planned to file an application for a TRO to enjoin the nationwide release of Universal's film, <u>Love Happens</u>, which is scheduled for September 18, 2009. I immediately tried to reach Mr. McPherson, left him a voicemail message and an email message, and received a response that he would be available to speak with me at 6:00 p.m. Eastern time that day.

3.    When I spoke to Mr. McPherson, I asked him if we could agree on a reasonable briefing schedule for his injunction request, since Universal had not received any prior notice of the plaintiffs' claims, and I understood that the plaintiffs' pleadings acknowledged that they had been aware of a potential claim since at least August 2, 2009. Mr. McPherson refused my request, saying that if the film's release was two weeks away, he would agree to a schedule, but since the release date was September 18, and his client's "goal" was to stop the film's release, he would not agree to a briefing schedule.

4.    I also asked Mr. McPherson what basis his clients have for seeking a TRO on an emergency basis when they admitted to being aware of the purported claims for almost six weeks, and never had contacted Universal. He said that he did not contact Universal sooner because he did not want Universal to be able to file a declaratory relief action preemptively, and that he wanted to have time to obtain expert witness declarations before Universal learned of the intended TRO. I pressed him several times for any other explanation for his clients' delay, and although he

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

said that there were multiple reasons, he did not provide any other reason for their failure to take action during the roughly six-week period between August 2, 2009 and September 14, 2009.

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct and that this declaration was executed this 16th day of September, 2009, at Los Angeles, California.

Kelli L. Sager

DECLARATION OF KELLI L. SAGER
DWT 13361966v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# THOMAS DECLARATION

## DECLARATION OF ANDREW J. THOMAS

I, Andrew J. Thomas, declare as follows:

1.     I am a partner in the law firm of Davis Wright Tremaine LLP, counsel for NBC/Universal, Inc. ("Universal").  I have personal knowledge of the facts set forth in this declaration, except for those expressly stated on information and belief, which I believe to be true.

2.     Attached as **Exhibit C** is a true and correct copy of a printout from the "Slanguage Dictionary" of entertainment industry terminology available on the Variety public Internet web site www.variety.com, which defines the term "spec script."

3.     Attached as **Exhibit D** is a true and correct copy of a printout from the Variety public Internet web site www.variety.com of a Variety.com news article dated May 29, 2007, titled "Eckhart, Universal go 'Traveling.'"  The article describes the basic story of "Traveling," the screenplay that became the motion picture Love Happens.  It notes that that actor Aaron Eckhart "will play a widower whose book about grieving turns him into a phenomenon.  Reinvented as a charismatic self-help guru, he falls for a woman at a seminar and is forced to confront the fact that he hasn't come to grips with his own loss."

4.     Attached as **Exhibit E** is a true and correct copy of a printout from the Variety public Internet web site www.variety.com of a Variety.com news article dated September 25, 2007, titled "Aniston Books 'Traveling' Role."  This article also describes the basic story of "Traveling," the screenplay that became the motion picture Love Happens.  It notes that actress Jennifer Aniston "will play a floral designer who works in a Seattle hotel where a charismatic self-help guru is conducting a weekend seminar on coping with grief.  As they get to know each other, she factors heavily into the guru's realization that he practices none of the principles he teaches."

DECLARATION OF ANDREW J. THOMAS
DWT 13363825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

5.     Attached as **Exhibit F** is a true and correct copy of a printout from the Lexis/Nexis online database of a news article published by The Hollywood Reporter dated January 22, 2008, titled "Trio 'Traveling' With Universal." The article describes the premise of "Traveling," the screenplay that became the motion picture <u>Love Happens</u>, which "follows a widowed self-help author (Eckhart) headlining a grief seminar in Seattle who rediscovers love and happiness after meeting a hotel florist (Aniston)." It identifies actors who had signed on to portray the author's "overzealous manager" and his father, "who has a strained relationship with his son," and identifies actresses who had signed on to play the florist's friend and her "musician boyfriend."

I declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct. Executed this *16th* day of September, 2009, at Los Angeles, California.

Andrew J. Thomas

DECLARATION OF ANDREW J. THOMAS
DWT 13363825v1 0050033-000508

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST. SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax (213) 633-6899

# EXHIBIT A

-----Original Message-----
**From:** Eichhorn, Darren [mailto:gladstonea@bwcsagency.com]
**Sent:** Wednesday, July 12, 2006 9:54 PM
**To:** jared.pfeifer@univfilms.com
**Subject:** Script Submission: TRAVELING by CAMP & THOMPSON

July 12, 2006

_VIA EMAIL_

Scott Stuber
Stuber/Parent
100 Universal City Plaza
Bungalow 4111
Universal City, California 91608

RE:      **TRAVELING**

Dear Scott:

Per our conversation, enclosed please find **TRAVELING**, written by Brandon Camp & Mike Thompson.

I look forward to hearing your thoughts.

Best regards,

Emile Gladstone

EG/ de

cc:      Jenny Fritz

Encl.

**2**

<u>TRAVELING</u>

by

Brandon Camp

&

Mike Thompson

<u>FIRST DRAFT</u>

*3*

FADE IN:

LEMONS IN A BOWL.

A pair of well manicured hands slice one in half.  A sugary, assured voice comforts us:

>                     BURKE (V.O.)
>          Sometimes, despite your best
>          efforts otherwise, life will
>          give you lemons...

Juice squeezed in a glass.  Then, cubes of ice.

>                     BURKE (V.O.)
>          When that happens, you've got
>          two choices, friend.  You can
>          wear a sour face.  Or...  Make
>          lemonade.

Next, vodka.  A lot of vodka.  Glass, meet lips.  Top to bottom...

                                                  CUT TO:

AN OPEN SUITCASE.

A crisp shirt, delicately placed.  Hands brush away a microscopic feather of lint...

Next, a pair of dress shoes.  Socks rolled perfectly...

A dopp kit.  Nose hair trimmer, fingernail clippers, pumice stone.  Zipped up, tucked into the bag, just so...

                                                  CUT TO:

A HOUSE WINDOW SLAMS.

Blinds drawn closed...  Plants watered...  Trash bag tied off, tossed into a can...

Security alarm set.  Door closed.  Deadbolt checked.

                                                  CUT TO:

A TOWN CAR TRUNK OPENS.

Suitcase and briefcase, placed inside...  Backdoor opened.  A man steps in...

>                     DRIVER (O.S.)
>          How are you this morning, Mr.
>          Preston?

4

2.

                            BURKE (O.S.)
                Right as rain, thanks for asking.

Door closes.

                                                    CUT TO:

CITY LIGHTS BLINKING.

A collage of pre-dawn lights swishing past.  Quiet downtown.

The echo of emotion in distant eyes.  BURKE PRESTON.  Late
thirties.  Sleek suit, smart tie.  Seasoned, yet gentle face.

                            DRIVER (O.S.)
                Business or pleasure?

The Town Car DRIVER in the rear-view.  Burke snaps to, on-
demand smile:

                            BURKE
                Lucky me, they're one and the
                same.

Almost believable.  He stares out at the BLINKING CITY LIGHTS.

                                                DISSOLVE TO:

PIXELS ALIGHT.

Departures, arrivals, delays...

Boarding passes printed...

Angry passengers, frustrated airline employees...

INT. AIRPORT - DAWN

Burke at the x-ray machine, dumping out keys, BlackBerry,
computer before a DREADLOCKED security guy.

                            DREADLOCKS
                ...and your watch.  And your
                belt.  And your shoes.

                            BURKE
                    (re: x-ray machine)
                How 'bout I just hop in there?

Dreadlocks smirks.

**5**

3.

INT. AIRPORT LOUNGE - DAY

Financial section open, tomato juice on the table.  Out the window, the dawn sun peeks over a tarmac of jet fuel.

Earphone in, Burke navigating his cell phone: *ONE SAVED VIDEO MESSAGE.*  Presses PLAY.

PHONE-CAM VIDEO: *Bare feet.  Feminine.  Shuffling.*

Muted to us, he watches.  Eyes mask a wince.  He hits a button.  *MESSAGE ERASED.*

He exhales.

*CONFIRM DELETE?*  He considers.  Presses NO.  *MESSAGE RETRIEVED.*

                    WEATHERED (O.S.)
          Care for another -- Bloody Mary
          is it?

The WEATHERED waitress, flirty.  Burke at a table.

                    BURKE
          Goodness no, don't drink.  Just
          tomato juice.

                    WEATHERED
          You look familiar.  Aren't you--

                    BURKE
          No, no.  Get it all the time.

                    WEATHERED
          Could've sworn...
               (then)
          Where you off to today?

                    BURKE
          An exotic, remote little getaway
          that I dare not reveal for fear
          of the secret getting out.
               (then)
          Seattle.

                    WEATHERED
          You're funny.

A moment.  She winks, heads off.

                    CORPORATE (O.S.)
          You should dial that in.

**6**

4.

A dead-end CORPORATE type sitting across.  Licking chops.

> CORPORATE
> Tagged this stewardess in
> Nashville once -- must be
> somethin' about the vibrations
> of those jet engines...

As if from the ether, the cheery, soft-spoken alter-ego --

> BURKE (V.O.)
> *There's an old adage -- never*
> *talk to strangers.  But I've*
> *found there's no better well*
> *from which to draw fresh ideas*
> *and new opportunities.*

> CORPORATE
> ...wanna talk about customer
> service, let's just say they aim
> to satisfy.  Know what I'm talking
> about?

Looks up from his drink to see...Burke exiting.

                                        CUT TO:

LEATHER AGAINST TILES.

Burke, iPod on, walking to a beat.  His own PERSONAL
SOUNDTRACK as he finds a RHYTHM OF TRAVELERS --

...people cellphoning, texting while blindly walking...

...dodging honking airport golf carts...

...smokers huddled in a glassed-in area, their last fix...

...on a people-mover, watching his face fast approach -- a
photograph, back of a book cover -- its READER glances over,
raising a brow.  Burke hides, hurries on...

INT. AIRPLANE - TRAVELING - DAY

Mid-flight, Burke white-knuckling his armrests.  Teeth
shattering turbulence.

INT. BAGGAGE CLAIM - DAY

Burke standing alone as the conveyor belt goes round and
round.  It powers down as a passenger snatches the last bag
from the carousel.  Swell.

**7**

5.

EXT. SEATTLE STREETS - DAY

Busy cityscape.  Monorail, Space Needle, Pike Place...

INT. TAXI - TRAVELING - DAY

Burke, inside.  Buried in his BlackBerry.  The KOREAN driver --

              KOREA
     Where you be from?

              BURKE
     Los Angeles.

              KOREA
     Sorry hear that.
        (then)
     Seattle welcome you and hope you
     have pleasant time.

              BURKE
     Much obliged, Seattle.

              KOREA
     You travel lot, yes?

              BURKE
     Only all the time.

              KOREA
     I like travel.  Give you...new
     perspective.

              BURKE
     Does it, Myung-Jin Seo?

The name card next to the meter.

              KOREA
     Different place, different things.
     Last trip I take.  Wife get
     preggo.  Twins.

              BURKE
     You're twice the man I am.

Korea hands back a photograph.  Family portrait.  Wife, two kids.  Smiling.  Happy.  Burke's eyes take it in.  Quiet.

Something about it.  Speaking to him.  A genuine moment.

8

6.

                    BURKE
          They're...beautiful.

                    KOREA
          We were not going have kids yet.
          But like I say...  Trips.  Take
          you new places.

Burke sits with that.  Hm.

INT./EXT. CAB - TRAVELING - LATER

Downtown logjam of exhaust.  An inch a minute.

                    BURKE
          Isn't there another way?  I have
          a presentation to give in five
          minutes ago.

                    KOREA
          This only way.

                    BURKE
          How far to the hotel?

                    KOREA
          Fifteen block.

                    BURKE
          Kiss the wife and kids for me.

He forks over cash, blasts out, starts walking --

CITY STREET

Lunchtime crowds jostle him every which way -- chaos --

Barrels through a DON'T WALK -- cars HONK, drivers scream --
shit, he doubles back -- pacing at the curb.  Pacing, pacing.

It starts raining.  A goddamn downpour.

                    BURKE
          Love Seattle.

INT./EXT. CAB - TRAVELING - DAY

Korea's backdoor swings open -- Burke plows in, sopping wet.

                    KOREA
          Sorry, I no longer available.

**9**

7.

                    BURKE
          Excuse me?

                         KOREA
               Off duty.
                    (then)
               Got you.  Kidding.

Burke exhales.  Settles in.  Misery.  Then:

                         KOREA
               It just water.

                    BURKE
               Myung, please.

INT. HOTEL - DAY

Convention hotel.  A soaked Burke strides inside --

                    LANE
               Exactly why I keep telling you
               to fly in the night before.

Waiting, LANE MARTIN.  Thirties, crisp suit, on the edge
24/7.  They walk and talk to the elevators --

                    BURKE
               Less time I spend in this city
               the better.

                    LANE
               Come on, this is your wheel house.
               Suicide capital of the country,
               number one in serial killers.

                    BURKE
               Lucky us.  I need fifteen minutes.

                    LANE
               Ten.  The Mediacom suits need a
               big, wet kiss from their number
               one draft pick.

At the elevators, Burke goes for the stairwell door --

                    LANE
               Burke.  Baby, just this once
               take the elev...

But he's already through the door.

**10**

8.

INT. HOTEL - STAIRWELL - A FEW LATER

Burke huffing it up fifteen stories.  Heart attack central.

INT. HOTEL - BURKE'S ROOM - BATHROOM - DAY

In his boxers, cigarette in mouth, Captain Morgan in one
hand, hair dryer the other.  Going to town on his wet suit...

INT. HOTEL - BURKE'S ROOM - DAY

Suit and tie, Burke sitting on the edge of the bed.  Just
sitting there.  Staring at nothing.

                    BURKE (V.O.)
              *Happiness is a state of mind.*
              *And like all things, it takes*
              *practice.  Devote five minutes a*
              *day to...smiling.  Just smiling.*
              *After awhile, it'll come*
              *naturally.*

He's not smiling.  The opposite of smiling.

INT. HOTEL - HALLWAY - DAY

Burke outside a set of double doors.  Cracked open, he catches
eyes with Lane, on a podium --

                    LANE
              ...And don't forget your DVD's
              and audiobooks, available for
              purchase throughout the week at
              our booth down the hall.
                   (sees; cues music)
              And now, without further ado,
              allow me to introduce the man
              that you are all here to see.
              My friend -- no, my inspiration...
              Burke <u>Preston</u>!

The doors burst open.  *Bittersweet Symphony* blares from the
P.A.  Burke jogs out -- Hi-5s, waves, handshakes...

The audience goes fucking nuts.  Hundreds of people.  Holding
up BP banners, books, hats.

Burke grabs the mic.  Music slams out.  SILENCE.

**11**

9.

He thrusts his hand in the air, a forceful O.K. sign.  The adoring crowd responds in kind -- <u>hundreds of O.K. signs thrusting for the ceiling</u>.

                    BURKE
          I'm okay.  <u>HOW ARE YOU</u>?

                    AUDIENCE
          <u>A-OKAY</u>!

Applause.  A digital backdrop of a book cover illuminates the stage: *A-OKAY!* by Burke Preston, PhD.  He pulls a football from a bag on stage --

                    BURKE
          Alright, alright...  Now then,
          any football fans in the house?
          Certain team, not too long ago,
          started the season 0 and 4.
          Looked like they were going
          nowhere.  But then.  Something
          happened.

Tosses the football to the seats, plays catch with the crowd.

                    BURKE
          An event that changed everything
          for their coach.  The guy started
          sleeping at the office.  Studying
          films, reinvented the playbook,
          on the case 24/7.  They went on
          to win the <u>next twelve straight</u>.
          Then one Sunday in January, nabbed
          the Super Bowl ring.  Pretty big
          night in a coach's life you might
          say.  After all the champagne
          and fanfare, he went on home.
          Traipsed upstairs to his bedroom.
          Went into the closet.  And removed
          his Browning double-barreled 12
          gauge, put it to his chin and
          pulled the trigger.

Silence.  Interminable silence.

                    BURKE
          Luckily, his wife had hidden the
          shells.  See, the event that
          changed it all back when they
          were 0 and 4?  His brother, his
          best friend in the world, died
          of a heart attack.  But Coach
          was on the sidelines two hours
                    (MORE)

**12**

10.

                    BURKE (CONT'D)
          after the wake.  Never even shed
          a tear.
               (then)
          You might be able to get back on
          the horse, do great things.
          Hell, you might even be able to
          win a Super Bowl.  But if you
          don't pay the piper, he will
          come calling.  With interest.
               (then)
          You all know I've had my bout
          with loss.  But I couldn't be
          where I am today -- feelin' good --
          without feeling bad.

Spontaneous echoes of affirmation from the crowd.  At the
door, Lane eyes a gaggle of SUITS, moved.

                    BURKE
          Over the next few days, we're
          going to share stories, take
          personal inventories, and allow
          ourselves to...feel.  The loss
          of loved ones.  The loss of a
          job, a relationship, whatever it
          might be.  Grief comes in many
          shapes and sizes.  "It's not why
          you feel, but --

                    AUDIENCE
          -- how you heal!

                    BURKE
          You've read my book!  I'd like
          to thank each and every one of
          you for having the courage to be
          here.  I look forward to getting
          to know you all during our
          workshop sessions.

Music and lights as he exits.  Cheers, autographs.  Finally
getting to the entrance where Lane eagerly awaits --

                    LANE
          Solid gold.  The Mediacom suits
          are creaming their drawers.
          Hell, I'm creaming mine.  Let's
          do the meet and greet --

Paused by a welling-eyed, middle-aged man, WALTER.

                    WALTER
          Mr. Preston?

**13**

11.

                    LANE
          Sir, he'll be available in the
          Sunset Room for signings this
          afternoo--

                    BURKE
          It's alright.  I'm Burke, and
          you are?

                    WALTER
          Walter.  Walter Mayfield.  Can't
          believe I'm actually talking to
          you.  Read your book.  Twice.
          My first workshop, drove over
          from Billings.

                    LANE
          Montana?  Now that's my kind of
          fan.

                    WALTER
          I just wanted to say.  My son.
          He...

Tears emerge.  Clutching a school photograph.  Teenage boy.

                    WALTER
          I -- don't think I could've gotten
          through the last year.  Without
          you.  Thank you.
               (offers photo)
          Stephen.  That's his...  Was his
          name.  Like you to have it.

His eyes thank him.  He shuffles on.  Burke left staring
into the boy's eyes.  Full of life, promise.

                    LANE
          Shall we?

But Burke just stares at the boy.  Haunted.  Frozen.

                    BURKE
          Ten minutes.

Heads off.  Lane sighs.

                    LANE
          Five.

INT. HOTEL - MEN'S BATHROOM - DAY

SERIES --

**14**

12.

...Burke hunched over the sink, water on the face.  Stares at the photograph of the boy clenched in his hand.

...Hidden in a stall, Burke smoking a cigarette.

...Staring into the mirror.  Empty.  Fingers tight around a wedding ring.  Exhales.  Returns it to its rightful place in his coat pocket.

INT. HOTEL - LOBBY - DAY

Firm handshakes and a brilliant smile, Burke back on his game with the trio of MEDIACOM EXECS --

                    EXEC
          ...You just have such an easy
          way with people up there.

                    LANE
          Same thing they said about Dr.
          Phil --

                    BURKE
          Lane...

                    EXEC #2
          No, he's right.  Go big -- swing
          for the fences.

                    LANE
          And you're lookin' at the Barry
          Bonds of grief right here.

                    BURKE
          Steroid free.

Chuckles and backslaps all around.

INT. HOTEL - CONFERENCE ROOM - DAY

Burke at a table signing books, all smiles --

                    BURKE
          ...re-read chapter twelve, Maggie.
          Alcohol's no more a cure-all
          than a Band-Aid on a bullet wound.
          "Mental health starts with --

                    ATTENDEE
          -- physical health."  You're
          right, I know.

**15**

13.

She collects her prized book, makes way for the next in line.
Beyond, Lane schmoozes the suits.  Laughs and grins.

A FEW LATER --

                    ATTENDEE #2
          ...and how you always say it's
          important to remember the person
          how they lived, not how they
          died.  Well, he loved my oatmeal
          raisin cookies so much.  So I
          took his ashes and...

She opens up a jar to reveal a batch of crumbling cookies.

                    ATTENDEE #2
          Meet my Stanley.

Burke stares, incredulous.

                    BURKE
          And don't those look...delicious.

INT. HOTEL - STAIRWELL - DAY

Burke traipsing up the flights...

INT. HOTEL - HALLWAY - DAY

Door barrels open, Burke collides into a bundle of CHESTNUT
hair -- bright eyes -- items spill to the floor --

Embarrassed, a young woman scrambles to pick them up, return
them to a cart.  Flowers, arrangements, pruning tools.

Their eyes meet.  A moment.  Man, woman.  He is transfixed.

She flees down the hall with her flowers.  He notices
something left behind on the floor.  A purple felt tip marker.

And before him, a framed painting.  A still-life of apples,
hanging uneven.  The slightest smudge of purple smeared behind
it.  Hm, he peeks behind -- written on the wall, a word:

                    QUIDNUNC

He blinks.  Huh?

INT. HOTEL - BURKE'S ROOM - DAY

A knock at the door.  Burke answers --

**16**

BELLHOP
Here you are, Mr. Preston.

Hands over a dictionary. Burke thanks him with a tip.

INT. HOTEL - BURKE'S ROOM - MOMENTS LATER

Scrolling down words, definitions. Arrives at QUIDNUNC. *n. (kwid'nungk) An overly inquisitive person; a busybody.*

He can't help but raise a brow. What a kook. Takes a drag on his Camel, downs his Captain Morgan.

INT. HOTEL - LOBBY - DAY

Burke exiting the stairwell, rounds a corner --

Stops in his tracks. There she is. Chestnut. Constructing a floral masterpiece for the hotel's centerpiece.

Her every movement sweetly focused -- sashays of the feet, loop-d-loops with her hands, unsatisfied bite of the lip...

He watches her. Hypnotized.

*BURKE (V.O.)*
*When opportunity knocks, you have two choices, friend. Hide under the covers or...answer the door.*

He considers an approach -- just as she turns, locking eyes with him. Shit, he freezes. Instantly beelines out of there.

INT. HOTEL - BAR - AFTERNOON

Lane and Burke ordering at the bar --

LANE
Seven and seven for me, tomato juice for my virtuous friend.
(to Burke)
So as far as they know, I'm a hair away from signing a deal with Time-Warner. I expect an offer by lunch tomorrow -- TV, radio, publishing, all of it. Are you as hot for me as I'm hot for me right now?

15.

> BURKE
> (flat)
> Oh so hot.

> LANE
> And check it, Mort Vernon, CEO
> himself is coming in for the end
> of the seminar -- my guess, a
> little warm and fuzzy contract
> inking party.

> BARTENDER
> Your drinks, gentleman.

Lane pays.  Routine, checks both ways --

> LANE
> Clear.

Lane shields as Burke spikes his drink from a flask.

> LANE
> This goes right, this is own-
> your-own-island money.  Need you
> on your game.

> BURKE
> Have I ever given you a reason
> to worry?

> LANE
> Only every goddamned day.
> (then)
> Long way from booking you gigs
> writing columns for Psychology
> Today.
> (then)
> You like Learjets?  We should
> get you a Learjet.

> BURKE
> (stern)
> Not why I wrote it.

Burke stares off.  Burdened.

> LANE
> You do know you're helping people,
> right, man?

No answer.  He downs his drink in one gulp.

**18**

16.

                         LANE
               Hey.  They're better off because
               of you.  Take solace in that.
               This is your moment.  Give
               yourself permission to enjoy it,
               brother.  Yeah?

They shake.  Then, as if on cue, Burke sees her.  <u>Chestnut</u>.
Exiting the elevator.

                         BURKE
               <u>Yeah</u>.

He downs <u>Lane's</u> drink...

Rises... Walks...  One foot after another, CRESCENDO OF
SYMPHONIC INSPIRATION...

Blocks her at the exit and --

                         BURKE
               Excuse me.  Hi.  Remember me?
               Hallway upstairs.  You dropped
               your pen.

She just stares at him blankly.  He's all nerves.

                         BURKE
               Not that I kept it.  But if I
               did, I'd -- give it to you.  If
               I had it.

O-kay.  She says nothing.  He's struggling.  Fuck it --

                         BURKE
               Would you like to have a coffee?

Her eyes focus behind him.  A kitschy life-sized promotional
standee of him in his "O.K." pose.

                         BURKE
               Uh.  We can bring him along if
               you want.  Double your pleasure.

Sinking.  She offers an awkward smile.  Then rears her hands
in a flurry of motion.  <u>Sign language</u>.  <u>Deaf</u>.

                         BURKE
               Oh.  You're... <u>Oh</u>.

Leaves him standing there.  Beyond, Lane stares from the
bar, brow raised.

ANGLE - OUTSIDE HOTEL

**19**

17.

Chestnut headed to the parking garage -- a VALET <u>behind her</u> --

                    VALET
          Night, Eloise.

                    CHESTNUT
          Night, Ricky, catch ya later.

Not so deaf, she hops into a delivery van.  *Eloise's Garden*
emblazoned on the side.

ANGLE - INSIDE LOBBY

Oblivious to the exchange, Burke watches through the glass.
Charmed.

INT. ELOISE'S HOUSE - NIGHT

Door opens, a wet Chestnut enters.  (We'll call her <u>ELOISE</u>
now.)  Small house, simple chic.  She hangs up her coat and
sighs, eyes beyond --

The couch.  TYLER, passed out.  Late twenties, bong, guitar
picks everywhere.  He cracks open a lid as she lets the door
SLAM behind her.

                    TYLER
          Wha-- Oh...?  Heya, baby -- you're
          home?
                    (yawn; stretch)
          Guess I passed out on your couch.
          What -- time is it?

                    ELOISE
          Six something.

He tries to focus.  But slumps back into the couch.

                    ELOISE
          It's okay, don't get up.  My day
          was great, thanks for asking.

                    TYLER
                    (sigh)
          How was your day?

                    ELOISE
          Fine.  How'd the show go last
          night?

**20**

18.

                    TYLER
          Man, I felt so -- so lit up, ya
          know?  Shit, just in it.  Couple
          managers there -- I think --
          <u>maybe</u>, like maybe -- we're getting
          on the radar.

                    ELOISE
          Mmhmm, just like I said?  Matter
          of time.

                    TYLER
               (a smile)
          Yeah.  Just like you said.

He reaches over the couch for her -- grabs her hand --

                    TYLER
          Sorry, E.  <u>How</u> <u>was</u> <u>your</u> <u>day</u>?
               (off her smile)
          I wrote you a song...

His puppy dog eyes.  Senseless innocence.  She softens.

                    TYLER
          Guess what?

                    ELOISE
          What?

                    TYLER
          <u>I</u> <u>wrote</u> <u>you</u> <u>a</u> <u>song</u>.

                    ELOISE
          Alright, alright, play me your
          song.

                    TYLER
          Nah, you don't wanna hear another
          one of my songs...

                    ELOISE
               (heads on)
          You're right.

                    TYLER
          Get your ass back over here --

He swoops her back down.  A laugh.  He grabs his guitar.

                    TYLER
          Not done yet.  But wanna play it
          at the Croc tomorrow night.

**21**

19.

About to start -- but stops -- <u>eyes</u> <u>lock</u> <u>with</u> <u>hers</u> -- kisses her.  Long.  Meaning it.  She...exhales.  Melts.

He plays.  Slow, building.  Clear, focused.

He's good.  Really good.  Too senseless to know how good. Kurt Cobain meets Keb' Mo'.

                TYLER
        *Late night coffee and cigarettes*
        *I, a book full of invisible words*
        *God don't know my soul, but you...*
        *Fill the pages...*
        *In me...*

Lost in the chords.  And she's momentarily lost in him. Silence.  Their gazes meet.  She's touched.  All forgotten.

                ELOISE
        You wrote that.  For me?

                TYLER
        You like?

She melts into his arms.  Yes, I like.  Quiet:

                ELOISE
        Just a matter of time, Ty.  Save
        me a seat in the front row of
        Madison Square Garden.

And she means it.  He holds her.  Kisses her.  His rock.

                ELOISE
        I'm gonna shower, crawl into
        bed.  Maybe somebody'll be there
        waiting for me?

                TYLER
        I'm supposed to rehearse with
        the guys --

                ELOISE
        Naked.  Warm from the shower...

                TYLER
        But...might be good for them to
        get warmed up without me.

                ELOISE
        Mmm hmmm.  Might be.

She smiles, exits into the bedroom.  He lights up a joint.

**22**

20.

But she backsteps, re-enters.  Eyes catching something.  The kitchen sink.  <u>Shit</u>.

An emptied bottle of wine.  <u>Two</u> glasses.

                ELOISE
      Had company?

                TYLER
       (flinches)
      Yeah -- Frankie and I smoked out
      this afternoon--

                ELOISE
      Frankie wears lip gloss now?

She holds up the rim of the glass.  He sinks.

                TYLER
      It ain't what you think -- it's
      business -- she's -- got ties to
      Sony -- totally platonic --

                ELOISE
      Like last time?

Nothing he can say to that.  Silence.  Eternal.

                ELOISE
      Tell me.  Did you play her that
      song, too?

He looks away.  She sinks.  Goddammit.

                ELOISE
      How can you be so brilliant with
      that guitar...  And so -- so
      stupid with everything else?

                TYLER
      Babe, I--

                ELOISE
      Don't.  Just...  Go.

She vanishes into the bedroom.  Door closes.  He slumps into the couch.  Disgusted with himself.

EXT. ELOISE'S HOUSE - GARDEN - A FEW LATER

Modest patio garden in the back.  A botanist's wonderland.
Red corncockles, blue gentians, yellow dahlias...

**23**

21.

WE FLOAT THROUGH the window into her tiny bedroom...PAST the
framed everlastings on the wall...PAST the ivy growing up
the bedposts...THROUGH the bathroom door --

Steam.  Water.  Eloise leaned against the shower tiles.
Hurting.  Not shocked.  But hurting.

EXT. SEATTLE STREETS - NIGHT

The city sleeps, but the art museum's Hammer Man pounds on...

INT. HOTEL - LOBBY - DAY

Stairwell door opens, Burke ready for the day.  Starched
suit, strutting confidently.  Pauses.  The floral centerpiece,
Eloise's handiwork.

Pulls a blue lily, slips it into his lapel.

INT. HOTEL - BANQUET ROOM - DAY

Burke seated before his followers, mic in hand.  A WELL-TO-
DO WOMAN seated on stage with him.

                    BURKE
          And when did he die?

                    WELL-TO-DO
          Almost a month.

                    BURKE
          Rough, Sharon.  Right in the
          thick of it.  Now, you said that
          you still haven't told his
          brother...?

                    WELL-TO-DO
          They weren't close -- he lives
          in Alaska, difficult to reach --

                    BURKE
          Difficult to reach or difficult
          to dial?
                    (no answer)
          Let me ask you.  What'd you do
          with his clothes?

                    WELL-TO-DO
          His...?  I.  Gave them to the
          Salvation Army.

**24**

22.

                              BURKE
                    You mentioned he was a golfer.
                    You keep his clubs?

                              WELL-TO-DO
                    No -- I thought they could be
                    put to better use...

                              BURKE
                    Sure, sure.  Mind if I take a
                    look in your purse?

                              WELL-TO-DO
                    Uh...?

He pulls out her wallet.  Flips through her photos.

                              BURKE
                    Looks like there are some photos
                    missing?

                              WELL-TO-DO
                    I just thought --

                              BURKE
                    And the ones at home, too?  Put
                    them to..."better use?"

                              WELL-TO-DO
                    No, I--...

She swallows, looks away.  Tears.  He cares:

                              BURKE
                    You've tried to erase your
                    husband.  Right down to his
                    toothbrush probably.  You've
                    avoided telling his brother
                    because it will hurt.  And you
                    don't want to hurt.  You'd like
                    to donate the hurt to the
                    Salvation Army I bet?

She nods.  Crying.  Holds him.

                              BURKE
                    The temptation is to build a
                    dam, stop grief in its tracks.
                    But folks, you gotta let it flow,
                    even if it takes you under for a
                    spell.  Otherwise, one day that
                    dam'll break.  And that's how
                    people drown.
                              (MORE)

**25**

23.

                        BURKE (CONT'D)
                    (then)
             Took a lot of courage for you to
             be here.  I've been there.
             Sharon, you're gonna be...<u>okay</u>.

Audience claps, encouraging.  Genuine, Burke hugs her.

Applause dies but for one lone pair of hands slowly clapping.
A man emerging from the audience.  Sixties, SILVER hair,
buzz cut.

                        SILVER
             Ain't that something...  You go
             to school for something like
             that?  'Least a mail order course?
             'Cause that's <u>impressive</u>.

<u>Burke's face drains of blood</u>.  <u>Recognizing</u>.

                        SILVER
             Mind if I have a go?  'Cause I
             sure could use some of your magic.

                        BURKE
             I -- actually we don't have any
             more time for --

                        SILVER
             See, there's this fella, in his
             sixties, thinks he's gonna coast
             his way through retirement.  But
             one day -- two years and thirteen
             days ago -- his daughter...
             Dies.

Burke is paralyzed.  Sinister familiarity.

                        SILVER
             He used to sit for hours in the
             garage, watching her ride her
             tricycle.  Her favorite color
             was brown.  First in her law
             school graduating class, but she
             wanted to be a chef instead.
             Made a helluva creme brulé...

Emotion.  Burke, sweating -- searching for Lane --

                        BURKE
             Sir, I can appreciate that you--

24.

> SILVER
> Truth is, he hasn't been doing
> so good with it.  Doesn't sleep
> much.  He and his wife, well...
>> (pointed)
> But his baby's <u>husband</u>?  He
> doesn't seem to be having these
> problems.  She got mangled up in
> a car, but <u>him</u> -- he's made...
> "lemonade outta lemons."  Isn't
> that how it goes?

Silver steps for the stage.  Burke, frozen.  Silver, a combustive mix of pain and anger.  Whispers out of earshot --

> SILVER
> You didn't even go to her goddamn
> funeral.  When are you going to
> <u>stop</u> <u>lying</u>, son?

Steely, emotional glare.

Burke can't breathe.  Can't swallow.  Can't move.

Silver scoffs and marches out -- right past an arriving Lane -- who instantly recognizes him -- <u>holy</u> <u>shit</u> --

The crowd waits -- Mediacom suits perplexed --

Lane makes a beeline for the SOUND TECH -- A NEW AGE HARMONY SLOWLY BUILDS.  Burke snaps to --

> BURKE
> I -- ladies and gentlemen, I
> apologize -- I'm not -- sure who
> that man was -- but I recognize
> what he's going through -- he's
> looking for someone to blame --
> sometimes it's easiest just to
> go for the guy on the back of
> the book...  I do my best to
> hold it together up here, but --
> difficult when you realize you
> can't help everyone.

His eyes raw.  The crowd nods, understanding their hero's plight: *No worries, Burke; You're the man, Burke...*

> LANE
>> (arriving on stage)
> And that's exactly why we love
> you!  Always fighting the good
> fight!  Burke Preston, ladies
> and gentlemen!

**27**

25.

The STAGE MUSIC CRESCENDOS.  Claps, cheers.

                    LANE
          Alrighty gang, we're gonna break
          early for lunch and jump right
          back into it this afternoon.

Burke feigns a smile, trudges off stage.

INT. HOTEL - CONFERENCE ROOM - DAY

Closed doors.  Lane pacing.  Burke feigning composure.

                    LANE
          -- don't know how he made it
          through security -- Jesus, I'm
          so sorry, man --

                    BURKE
          I'm fine.

                    LANE
          The balls on him -- who does he
          think he is?

                    BURKE
          Her father.

Hangs there.  Lane exhales.  Vince Lombardi:

                    LANE
          Even so -- way out of line --
          can't he see what you're doing
          for people?
                (then)
          She'd be proud of you.

No response.  Holding it in.  Barely.

                    LANE
          You're pissed at me right now.
          Thousand times you said no to
          Seattle, but I didn't listen --
          you gotta be pissed at me.  You
          wanna take a shot at me?  Go
          ahead, take a shot.

                    BURKE
          Okay.
                (off him)
          Kidding.  See, I'm fine.

He's not fine.

**28**

26.

INT. HOTEL - BURKE'S ROOM - DAY

...Burke sitting on the edge of his bed.  Catatonic.

...Pacing out the square footage of his room.

...Staring at his room service lunch.  No appetite.

...Ogling at the TV, head cocked.  Porn.

...Thumbing through the Bible.

...Fiddling with the electric shoe polisher.  Foot gets caught in the gears.  Uh, help.

...*ONE SAVED VIDEO MESSAGE.*  Burke with his cell phone. Presses PLAY, PHONE-CAM VIDEO: *Bare feet shuffling.  Feminine.*

> CYNTHIA (O.S.)
> *Take a good look at 'em.  Thin,*
> *dainty.  I know how you like 'em*
> *in high heels.  But you shoot*
> *your little guys straight, my OB*
> *says they're gonna turn into*
> *bloated, purple cankles.  Oh*
> *well, 'least you'll have this to*
> *remember 'em by...*

Dagger in the gut.  Eyes closed.

INT. HOTEL - BURKE'S ROOM - LATER

Burke, gazing out upon Seattle.  The Space Needle poking through clouds.  His eyes fixated on it.  Something unnerving about it.

He closes the blinds on it.

INT. HOTEL - ATRIUM - DAY

Burke exits the stairwell.  Freezes in his tracks --

Eloise.  In the lobby, casually <u>chatting away with the concierge</u>.  Deaf my ass.  He simmers.  He boils.

> BURKE (V.O.)
> *There will be moments when it's*
> *all too much to bear.  It's then*
> *that you must hold the reins*
> *tightly, to avoid doing that*
>               (MORE)

**29**

27.

                *BURKE* (V.O.) (CONT'D)
             *which you will later undoubtedly*
             *regret...*

He <u>marches</u> <u>for</u> <u>her</u> --

                BURKE
         Oh, <u>excuse</u> <u>me</u>.

                ELOISE
         Yes--?

She turns, goes red.  His hands spastically erupt into "sign
language."

                BURKE
         Praise God there's been a healing!
            (then)
         Like making a fool of people,
         pretending to be Helen Keller?

                ELOISE
         Uh.  Technically she was blind,
         also, so...

She turns to leave.  He gets in front of her --

                BURKE
         Okay -- okay, I understand --
         see, I happen to know a thing or
         two about people -- you probably
         get approached a lot.  Probably
         have since the day you strapped
         on your first training bra --
         but you're smart and creative
         and caring and deep -- so how
         come every guy only sees the
         package it comes in?  Sure, you're
         flattered, but it's ultimately
         tiresome -- because it has nothing
         to do with <u>you</u> -- you were born
         that way, can't really take
         credit.  You're insides, though,
         that's <u>yours</u>.  That's the part
         you want someone to truly see.
         Even a stranger.  So after all
         these years, you've developed
         <u>contempt</u> for any member of the
         opposite sex who dareth offer a
         word of innocent introduction
         because surely, their base
         attraction to you, by definition,
         precludes their capacity to
             (MORE)

**30**

28.

                          BURKE (CONT'D)
               appreciate you.  Ergo, you fake
               a handicap rather than deign to
               have a conversation with a fellow
               human being.  You prefer sign
               language?  Fine.

He gives her the finger.  And stomps off.

INT. HOTEL - MEN'S BATHROOM - DAY

Burke barrels in.  Stares in the mirror.  Humiliated with
himself.  Interrupted by --

Eloise storming in --

                          BURKE
               Excuse me, this is the men's --

                          ELOISE
               No excuse me -- you need to get
               right off your high horse -- who
               are you kidding?  Some random
               guy in a hotel on a trip for a
               couple of days -- what'd you
               have in mind?  A sweet, romantic
               courtship in the bar over peanuts
               before we consummate our love in
               the glow of Spectravision porn?
               Pardon me for doing the math.
               I'm sorry your little ego took a
               bruising, but I'm sure the next
               chick you meet in the spa, the
               elevator, wherever, will fit the
               bill just fine -- even though
               you've surely got a wife back in
               Kansas City or wherever who's
               stupid enough to believe you're
               the one guy with integrity -- at
               least until she finds the lipstick
               marks on your boxers and it's
               game over and -- and that one
               thing you held dear, that meant
               more to you than anything else
               is tainted and ruined and
               destroyed in a split second.
               "Ergo," if you had a brain in
               either head, you'd see I was
               doing us both a favor.

He stares, dumbstruck silence.  Broken by the FLUSH OF A
TOILET -- a man emerges from a stall, sheepishly exits.

**31**

29.

She withholds a tiny, embarrassed smile.  He, too.   Awkward.

> ELOISE
> Uh.  Is that...my flower you're
> wearing?

> BURKE
> No...
> (admits)
> Yes...
> (then)
> But I took it before.  When I
> thought you were deaf.

Quiet.  Man.  Woman.  Urinals.

> ELOISE
> Alright then.  Good-bye.

And out she goes just like that.  He stares after.

> BURKE
> For the record, I'm <u>not</u> from
> Kansas City...

EXT. CAPITOL HILL - DAY

Eloise's van parking.  She hops out, unloads a *IT'S A BOY*
bouquet from the back.  Strides into Swedish Hospital...

EXT. FREMONT - DAY

Eloise unloads a wreath from her van, heads into a funeral
home...

INT. BROWNSTONE - DAY

Eloise striding up stairs with an arrangement of roses.
About to knock at a door, but is paused by --

> SCREAMER (O.S.)
> -- oh, fuck me, Brad, fuck me,
> Brad --

She reads the arrangement card: ...*LOVE FOREVER, <u>STEVEN</u>*.

> SCREAMER (O.S.)
> Brad, Brad, Brad -- harder,
> harder, harder --

Her eyes narrow.  Heads back downstairs.

**32**

30.

EXT. WASHINGTON PARK - DAY

Clippers and surgical gloves.  Eloise snipping greenery from
the bushes, adding garnish to the vase of roses.

WE ADJUST to an adjacent sign: *BEWARE, POISON OAK.*

INT. BROWNSTONE - DAY

Familiar apartment door opens.  The SCREAMER excitedly kneels
to collect her roses from the mat.  Clutches them to her
face to take in the scent...

INT. ELOISE'S VAN - TRAVELING - DAY

Wry smile, Eloise blasting through traffic.  The entire
intersection noting that she's a horrendous driver.

EXT. HOTEL - POOL PATIO - DAY

FLASH -- a photo shoot, poolside -- a sexy, British
PHOTOGRAPHER capturing Burke in his starched suit, perfect
smile.  She's all legs and determination.

                    PHOTOGRAHER
          -- good, good -- but give me a
          smile already -- there we go --
          now flash me that sign of yours --

                    BURKE
          I'd rather not.

                    PHOTOGRAHER
          C'mon, love -- it's your signature --

He begrudgingly submits -- "O-kay!" -- <u>FLASH</u>!

                    PHOTOGRAPHER
          So who's the man behind those
          eyes?  What motivated the book?

                    BURKE
               (duh)
          My wife died.

                    PHOTOGRAPHER
          I know, dear.  But why tell the
          whole world about it?

**33**

31.

                    BURKE
          It was a way to coach myself how
          to get through it.  Never intended
          for anyone else to read it
          actually.

                    PHOTOGRAPHER
          But how they did...
                    (then)
          And how'd she pass again?

He masks a wince -- keen, she catches it -- <u>FLASH</u>, <u>FLASH</u> --

                    BURKE
          On her way to the store.  Dog in
          the middle of the road...

                    PHOTOGRAPHER
          <u>And</u>...?

She's working him, good at this.  But he's better, <u>flatline</u>.

                    BURKE
          Car swerved into a light pole.
          She died instantly.

Giving her nothing -- <u>FLASH</u>, <u>FLASH</u>, <u>FLASH</u> -- like talking
about the weather -- <u>FLASH</u>, <u>FLASH</u>, <u>FLASH</u>...

She pauses, lowers the camera.  Eyeing him.  Sympathy.

                    PHOTOGRAPHER
          Must've been...awful.  I'm sorry.

                    BURKE
          Appreciated.

                    PHOTOGRAPHER
          Alright, think I've got what I
          need.

                    BURKE
          Fantastic.  Nice to meet you,
          Jessica.  You take care.

She lets him pass.  Watches him sympathetically.  Then...

                    PHOTOGRAPHER
          Burke...  Do you have dinner
          plans tonight?

How she's looking at him.  Romance?  Or <u>pity</u>?  He senses it.

**34**

32.

                        BURKE (V.O.)
                There's only one way to get out
                of a hole you've dug for yourself.
                Put down the shovel.  And find a
                ladder...

His eyes.  Deep hole.

INT. ELOISE'S GARDEN - DAY

MARTY.  Nose-ringed gal, bob hair cut, attitude.  Verbal
assault, flailing arms, impassioned fervor:

                        MARTY
                So my ass don't fit no Cosmo cover,
                Think I can't be a hot animal lover?
                You scared of my cerebral cortex?
                That I'm Gloria's fish, chromosome X?
                Or maybe you just can't live up to my
                battery operated sex?

REVERSE ANGLE: A little OLD LADY blinking in shock.

                        MARTY
                So.  What'd ya think?

Frightened, the lady grabs her flowers and rushes out the
door -- barreling into Eloise, entering.

                        OLD LADY
                Something wrong with that girl.

Eloise sighs, not the first time.  Heads in --

Moss covered walls...  Tropical-vines draping...  Tree
branches stretching every which way...  Cozy wonder.

                        MARTY
                    (sheepish)
                She said she wanted to hear it.

                        ELOISE
                    (irked)
                Marty.  Slam poetry, coffee house.
                My shop, work.

                        MARTY
                Yessir.

Eloise rifles through mail --

**35**

33.

           ELOISE
Past due, past due, late notice --
oh but I Eloise H. Chandler, won
a million dollars.
    (sigh)
Any new receivables?

           MARTY
Just that birthday arrangement
told ya about.

Eloise pauses at a table of outgoing flower orders --

           ELOISE
Marty.  You didn't sauterize the
stems.

           MARTY
I was just about to?

           ELOISE
Sap pollutes the water -- they
die twice as fast.  And how many
times have I told you to pierce
and wire the roses?  Come on,
this is my livelihood here.

           MARTY
Sorry.  I'll get it.  Promise.

Marty means it, nervous.  Eloise furiously works the stems.

           MARTY
You...alright?

Eloise pauses.  Deep breath.

           ELOISE
Just.  Rough couple days.  Sorry,
Mart.

           MARTY
Wanna talk about it or...?

Eloise cuts, snips, arranges.  Furiously.

           MARTY
Take that as a no...
    (then)
Hey, was thinking about going to
Tyler's show tonight -- you wanna --

**36**

34.

                        ELOISE
              I said I don't want to talk about
              it.

O-kay.  Eloise stops, long exhale.  Rough:

                        ELOISE
              He.  Some groupie.  Afternoon
              delight.

                        MARTY
              What?!  You mean--?!  No, are
              you sure??

                        ELOISE
              At.  My.  House.

                        MARTY
              At your...?!  Honey, are you
              okay?  I -- can't believe it --

                        ELOISE
              Please.  Feel free to bring on
              the 'I told you so's'.

                        MARTY
              No, sweetie, I would never...
                   (then)
              I told you so -- that little
              shit stain Cobain wannabe prick.
              Swear to God, next time I see
              him, gonna string his guitar
              with his vas deferons.

                        ELOISE
              Swell.

                        MARTY
              So you kicked his ass to the
              curb, right?  Done, over?

But Eloise's eyes drift off.  Conflicted.

                        MARTY
              Oh God, Ella.

Eloise tries to shake it off, head on.  Marty sighs, returns
to work on an arrangement.

                        ELOISE
              Where's that one headed?

**37**

35.

                         MARTY
                    Dunno.  He said you'd know who
                    it was for.

She hands over the accompanying card that reads...

                         *QUIDNUNC*.

The arrangement: blue lilies.  Stunned.

INT. ELOISE'S GARDEN - BACK ROOM - LATER

Eloise.  The phone.  The card.  And a deliberation.

INT. RESTAURANT - NIGHT

White linen, dim light.  Burke at a table, waiting.
Fidgeting.  Waiting.  Fidgeting.

His eyes light up.  There she is, entering.  Awkward smiles.

                         ELOISE
                    My my, fancy.

                         BURKE
                    I figure if you can't impress
                    with personality, use money.

She half-smiles, unsure.  Ahem, he clears his throat --

                         BURKE
                    The concierge said it's...real
                    good.

                         ELOISE
                    I was surprised to hear from you
                    after our little sojourn in the
                    men's room.
                         (then)
                    Sorry about that.

                         BURKE
                    Oh, guess I deserved it.

                         ELOISE
                    Well.  I'd always been curious
                    what people meant by 'urinal
                    cake.'  Least that's solved now.

She half-smiles.  He half-smiles.  Nerves.

**38**

36.

                    BURKE
          So.  It stopped raining.

                    ELOISE
          Sure did.

He's drowning.  Cement boots straight down.

INT. RESTAURANT - LATER

Soup and salad.  Clink of silverware.

                    ELOISE
          Have to say I've never been on a
          date with someone who has a
          cardboard cut-out of themselves.

                    BURKE
          No?  Oh you should get one.  We
          take long walks on the beach
          together, fly kites -- he's the
          kite.

                    ELOISE
             (a smile)
          And you're some kind of...self-
          help guru?  How do you get into
          that line of work?

                    BURKE
          It's...  A long story.

He can't go there.  She waits.  But that's all.

INT. RESTAURANT - LATER

WAITER delivering entrees.  Then:

                    BURKE
          So.  Quidnunc?

                    ELOISE
          Yeah...  You weren't supposed to
          see that.

                    BURKE
          Who was exactly?

                    ELOISE
             (shrugs)
          They're just words.  Strange
          words.

**39**

37.

                    BURKE
          There's more than one?  Do they
          form a sentence or...?

                    ELOISE
          No...  I know it's weird.  Guess
          I like having a secret that nobody
          else knows about.  Uh, except
          you now.

She feels judged.  He feels intrusive.  Ahem.

INT. RESTAURANT - LATER

Eating.  Could hear a pin drop.

                    BURKE
          How's your chicken?

                    ELOISE
          Great.  Your pasta?

                    BURKE
          Great.

Dying.  A.  Slow.  Death.

INT. RESTAURANT - LATER

The waiter clears the table --

                    WAITER
          Might I offer either of you some
          dessert --

                    ELOISE
          Just the check, please.

EXT. RESTAURANT - LATER

The pair exiting.  Stilted sidewalk good-bye:

                    ELOISE
          Well.  Concierge called it -- it
          was..."real good".  Thank you.

                    BURKE
          Right, my pleasure.

**40**

38.

                    ELOISE
          I should probably get going.
          School night and all.

                    BURKE
          Sure.  I understand.

An awkward handshake.  And then she walks away.  He stands
there.  Loser.  Kicks himself.  Walks off.  Stops.

Turns right around --

                    BURKE
          Eloise...
               (she turns)
          I -- haven't been on a date in
          two years.
               (then)
          See -- I was married -- but...

Dry mouth.  Vulnerable.  She listens.

                    BURKE
          Normally I'm quite dashing and
          debonair and -- and some other D
          word that would really impress
          you.  But it's painfully apparent
          that I am a little rusty.

                    ELOISE
          A little?
               (then)
          Why...didn't you just say so?

                    BURKE
          Desperate attempt to hold on to
          whatever shred of masculinity I
          have left?

                    ELOISE
          So I'm your first -- since a
          divorce?

                    BURKE
          Uh.  You are the first...

                    ELOISE
          Okay.  I mean -- at least now I
          understand.  'Cause that, in
          there?

                    BURKE
          <u>Bad</u>.

39.

                        ELOISE
             Really bad.  And I gotta say,
             the food kinda --

                        BURKE
             Sucked.

Relieving exhales.  A moment.  City sounds.

                        ELOISE
             Two years?  Wow.  Huh.

She eyes him.  Sizing him up.  Considers.

                        ELOISE
             I have to go pick some
             Phalangiums.  Care to join?

Off him...

INT. ELOISE'S GARDEN - NIGHT

Keys in a lock, Eloise leads Burke into the darkness.  His
eyes survey the botanical simplicity.

                        BURKE
             I like it in here.  It's dark.
             Moist.  Like a womb.

She rolls her eyes, moves to a row of potted flowers under a
lamp, dons gloves.  Off him --

                        ELOISE
             Sugar reserves in the stems are
             at their highest late at night.

                        BURKE
             I knew that.

She trims and prunes like a surgeon.  He meanders beneath
the vines, stealing glances.

                        ELOISE
             Check the cooler, beneath the
             roses...

Uh, okay.  He opens the floral refrigeration unit.  Beneath
the roses, a bottle of Peach Schnapps and shot glasses.

                        BURKE
             Peach Schnapps?!  Got any Vanilla
             Ice to go with?

**42**

40.

                    ELOISE
          Beggars can't be choosers.

She offers up a pair of miniature pots, aka shot glasses.

                    BURKE
          Ya know, alcohol's no more a
          cure-all than a Band-Aid on a
          bullet wound.

                    ELOISE
          You're kidding, right?

Yes.  He toasts, shoots it.  She, too.

                    ELOISE
          So...  First time in Seattle?

                    BURKE
          Yeah.
               (then)
          No.
               (off her)
          Once before.

She eyes him.  The way he said that.  Odd.  He diverts --

                    BURKE
          How 'bout you?  Born and raised?

                    ELOISE
          Grew up over in Ballard.  Mom
          still lives here.

                    BURKE
          Dad?

Uncomfortable, she pours another pair.  She toasts --

                    ELOISE
          To Band-Aids.

                    BURKE
          Band-Aids.

                    ELOISE
          Two years.  Long time.  Why?
          Or...why me?

                    BURKE
          Why not.

                    ELOISE
          That's a bullshit answer.

**43**

41.

                    BURKE
        Maybe because... You didn't
        know anything about me.  No
        pretense.

                    ELOISE
        Should I know something about
        you?

                    BURKE
        Only that I'm strong like an ox
        but loveable like a teddy bear.

                    ELOISE
        Mm hmm...
             (then)
        And a bestseller celebrity or
        something?

                    BURKE
        Hardly.

                    ELOISE
        I don't have hundreds of people
        lining up to see me.  What, are
        you like Tony Robbins -- Personal
        Power or something?

                    BURKE
        No, no...

                    ELOISE
        Then what?

                    BURKE
             (deflects)
        Just gonna have to read my book.

                    ELOISE
        You're...slippery.

                    BURKE
        I prefer mysterious.

She grins, delicately placing the Phalangium stems in water
just so.  Next, pours Karo syrup into the vase.

                    BURKE
        Personally, I like to put the
        waffles and bacon in first.

                    ELOISE
        I'm increasing the pH level.

**44**

42.

                        BURKE
          Hey, you do your thing.

He wanders behind the counter, playfully snooping.

                        BURKE
          How long you been at this?

                        ELOISE
               (shrugs)
          Always had a -- thing for gardens.
          Finally got up the guts to open
          my own shop.  Pretty much hand
          to mouth.  But it's mine.

                        BURKE
          Good for you.

He pulls a small card from a wood box, reads --

                        BURKE
          *Julie, We have never met...*

Embarrassed, she grabs it --

                        ELOISE
          Excuse me, nosey-parker --

He mea-culpas, puppy dog.  She relents.  Oh alright --

                        ELOISE
          They're from deliveries.  Copies
          of the cards that stuck with me.
               (reads)
          *Julie, We have never met.  But
          I've watched you lovingly all
          these years.  Congratulations
          and have a beautiful wedding.*
               (then)
          *Love, Your* <u>*Father*</u>.

Quiet.  Impacts him.  Her, too.  A moment.  His eyes ask if
he can pick another.  She nods.

                        BURKE
          *Stacey, these are supposed to
          last two weeks.  I'll be back in
          time to see them bloom.*

                        ELOISE
          Deployed marine.
               (then)
          He never saw them bloom.

**45**

43.

Impacts him harder.  Her, too.  Next --

                    BURKE
          *Sorry about the rug burns last*
          *night.  Happy anniversary.*

                    ELOISE
          Husband to wife.  Their <u>50th</u>.

                    BURKE
          That's a helluva visual.  Thanks.

                    ELOISE
          Life.  On a three-by-five card.

She takes a drink.  He watches her finish with the flowers.
Every movement precise, sentient.  He's piqued.

                    ELOISE
          Done.

He downs another shot --

                    BURKE
          About time -- all work and no
          play makes Burke a very drunk
          boy.

EXT. BELLTOWN - NIGHT

Feeling no pain, Eloise and Burke stroll the sidewalks.

                    ELOISE
          So whatcha wanna do now?

                    BURKE
          Spectravision and peanuts?

                    ELOISE
          Nice.  But I'm allergic to
          peanuts.

                    BURKE
          Cashews, almonds.  I'm easy.

                    ELOISE
          So it seems.

Mutual smiles.  A little drunk.  Walking.

                    ELOISE
          Wow, know what?
                    (MORE)

**46**

44.

                    ELOISE (CONT'D)
               (off him)
          I'm feeling..."A-Okay!"

                    BURKE
          Funny.

                    ELOISE
          Oh, a little bit...

                    BURKE
          Hey, you write on walls -- and
          hijack people's flower notes --
          ya know, that's a copyright
          violation...

She smiles.  He, too.  But then he pauses.  Dead ahead --

The Space Needle.  He masks a flinch as it seemingly watches
their every step.

He redirects her down a different block --

                    ELOISE
          Where we goin'...?

                    BURKE
          Uh -- this way -- because --
               (searching)
          -- there, Jagermeister on tap --
          that's right up there with Peach
          Schnapps on the pantheon of
          disgusting things to ingest.

A sign in a bar window.  She sees, face drops.

                    ELOISE
          Uh.  We don't want to go in there.

                    BURKE
          Ah, Tortoise-and-the-Hare?  Can't
          go the distance?

                    ELOISE
               (evading)
          No -- just -- there's this cool
          place down the block --

                    BOUNCER
          Hey, Ellie --

She freezes.  Shit.  The BOUNCER at the door.

**47**

45.

                  ELOISE
Hey, Jimmy.

                  BOUNCER
Little late, your boy's already
on.

She winces.  Burke notices.  Hm.  She pulls him aside:

                  ELOISE
My boyfriend's in there.
    (shit)
I mean -- my ex-boyfriend -- I
mean --

Takes him aback.  Awkward.

                  ELOISE
That didn't come out right -- I
don't have a boyfriend --

                  BOUNCER
Ya don't??

Jesus, she pulls Burke further away --

                  ELOISE
This is ridiculous -- the other
day the asshole hooked up with --
so I -- whatever, the point is,
it's finished --

                  BURKE
Okay.  Not really my business.

                  ELOISE
-- and I'm over it -- totally,
completely, happily over it --

                  BURKE
Okay.

Embarrassed, she can't keep still.  He eyes her.

                  ELOISE
What?

                  BURKE
Nothing.

                  ELOISE
No no, say what you wanna say.

**48**

46.

                    BURKE
          After experiencing a trauma of
          whatever sort, people tend to
          overcompensate in order to
          convince themselves or others
          that they are...okay.

                    ELOISE
          Oh, so I'm overcompensating?

                    BURKE
               (delicate)
          It's all about the adjectives,
          really.  "Totally, completely,
          happily..."  That sort of thing.

                    ELOISE
          Huh.

Dead on.   Which irks her.  She bites her tongue.

                    ELOISE
          So if I wasn't "overcompensating"
          you and I would waltz in there,
          have a drink, and carry on with
          our evening, as if everything
          was just hunky dory, right?

                    BURKE
          I suppose, but there are any
          number of ways --

But she's already halfway in the door --

                    ELOISE
          Coming?

She doesn't wait for an answer.  He stands there.  A taxi
pulls up, lets out some folks.  He considers.

INT. CROCODILE - NIGHT

Crowded.  Tyler and his band on stage, energizing the crowd
with a rocking number.  Eloise at the bar, ordering drinks.
Bumps shoulders with a raging fan...Marty.

                    MARTY
               (uh-oh)
          Eloise -- you're here--?!

**49**

47.

                    ELOISE
          Marty, <u>you're</u> here?  So have you
          strung his guitar with his vas
          deferons yet, or is that coming
          later?

                    MARTY
          Yeah... You know I got your
          back, girl -- but you see how
          many hot boys there are?  Wait a
          minute -- what <u>are</u> you doing
          here??

                    ELOISE
          I came here with Burke.

                    MARTY
          Well that was stupid.  Does he
          know about --

                    BURKE (O.S.)
          Matter of fact I do.

                    ELOISE
          Marty, Burke.  Burke, Marty.

They shake.  Just as the song finishes and the crowd erupts --
*I love you, Tyler!  Fuck me, Tyler!*

Jager shots arrive.  Eloise downs them <u>both</u>.

                    TYLER
          Thanks, you guys are way cool.
          Yeah!  Alright, here's something
          I just finished.  Hope you dig
          on it.

Launches into an emotional rendition of Eloise's song.

                    TYLER
          *Late night coffee and cigarettes*
          *I, a book full of invisible words*
          *God don't know my soul*
          *But you...*
          *Fill the pages...*
          *In me...*

Subdued.  Soulful.  Has the place eating out of his hand.

                    BURKE
          He's...  <u>Good</u>.

                    ELOISE
          He's alright.

**50**

48.

Eloise's eyes at her feet.  Burke notices.  And then <u>Tyler</u> notices -- <u>spotting</u> <u>her</u> -- shock.  Stops playing mid-song. The crowd confused.  He just stares from the mic.

                    TYLER
          You came...?

The crowd follows his gaze to her.  Hushed.  Staring.

                    MARTY
          Aw...
               (off Eloise)
          I mean -- <u>ew</u>.

                    TYLER
          Babe, <u>I</u> <u>miss</u> <u>you</u>.

The entire crowd: AWWW...  Eloise sinks, grabs Burke's hand --

                    ELOISE
          This was a bad idea.  Come on --

                    TYLER
          Hey, who the fuck is he??

She hurries Burke out the door -- Tyler throws down the mic, jumps off the stage --

ANGLE - OUTSIDE

Eloise hails a taxi --

                    ELOISE
          I'm sorry, that was -- that was --

                    TYLER (O.S.)
          I asked you a question!

Tyler, exiting.  Guitar still strapped on.  Hurt.

                    ELOISE
          Tyler, just -- go back inside.

                    TYLER
          You bring some dude to my show?
          Why would you do that?

                    ELOISE
          I -- didn't mean for this to
          happen.

                    TYLER
          Oh, an accident??  You guys just
          stumbled on in here??

49.

                    ELOISE
          You're one to be taking the high
          road right now --

                    BURKE
          I'm gonna go.

Cab at the curb.  Burke steps for it.

                    ELOISE
          Burke -- hang on --

                    BURKE
          No, it's late.
               (then)
          I'll have my staff consider your
          floral design proposal.  It was
          very nice meeting you, Miss
          Chandler.

He shakes her hand.  She ogles.  And he's gone.

                    TYLER
          Oh.  Didn't realize that was
          work, thought he was...

They stand there.  The bouncer watching with interest.

                    ELOISE
          You're really something, you
          know that?

                    TYLER
          Yeah, I know...
               (downcast)
          Look, gotta finish the set.
          Wanna come watch from backstage?

                    MARTY (O.S.)
               (exiting)
          No, she doesn't.

                    TYLER
          Oh yeah, why's that?

                    MARTY
          'Cause you're a douche bag.  And
          Eloise doesn't hang out with
          douche bags.  Come on, E.

                    TYLER
          Wait -- just wait --
               (MORE)

**52**

50.

                    TYLER (CONT'D)
               (genuine)
          Okay.  I hurt you.  No excuses.
          I'm shit.  I get it if you wanna
          bail.  But I am sorry, El.  I'm
          sorry.

His eyes raw.  Man-child truth.  Eloise feels for him.  Feels
bad for him.  Finds herself nodding.  Follows him in.

                    MARTY
          Puke.

INT. CROCODILE - LATER

Tyler back on stage.  In the wings, Eloise watches.
Uncomfortable.  Why is she here?

Her eyes follow him as he bares his soul into the microphone.
Immersed.  She watches.

As if seeing something for the first time...

The crowd going wild, in love with him.  And he's in love
with them, lost in their grip.  Oblivious to the fact that...

Eloise is no longer there.

EXT. HOTEL - POOL - NIGHT

Burke in the jacuzzi.  Silent but for the hum of bubbles.

                    BURKE (V.O.)
          Remember one thing during your
          journey.  Life.  It's better
          than the alternative.

Vacant gaze, he submerges beneath the foam.

                                             CUT TO:

WHITE.

A CLOUDY HAZE.  Sheets.  Pillows.

                    LANE (O.S.)
               (sing song)
          Burke...  Mr. Preston...  Wakey
          wakey...

FOCUSING on Lane's ebullient mug inches away from the sheets.
Burke wakes with a horrified jolt --

**53**

51.

                    BURKE
          What're you -- how'd you get in
          here--?!

                    LANE
          Tipped Consuela, don't worry
          about it.  Wake your ass up 'cause
          it's a beautiful Seattle day --

He throws open the curtains -- downpour of rain.

                    LANE
          Ask me why it's a beautiful day.

                    BURKE
          Go away.

                    LANE
          As long as you asked -- no, it
          wasn't the smoking hot by-the-
          hour concubine that just left my
          room.  No it wasn't those yummy
          complimentary scones that came
          with my New York Times.  It was
          this -- this wonderful envelope
          addressed to me from Mr. Michael
          Wilenzick, Esquire.
                    (off him)
          Mediacom business affairs.

Burke opens his other eye.  Burke reaches for it -- Lane
pulls it back --

                    LANE
          Now remember this is merely their
          first shot across the bow.  We'll
          counter, then a counter-counter,
          then some fuck-you-we're-outta-
          here awesome posturing on my
          part...
                    (offers it)
          Gumdrops and unicorns.

Burke unfolds it.  Reads.  Holy shit.  Holy fucking shit.

                    LANE
          No, that is not a typo.
                    (then)
          This is the part of the movie
          where we grab hairbrush
          microphones and sing Motown.
                    (dances)
          Ain't no mountain high enough,
          ain't no valley low enough...

**54**

52.

But Burke's frozen.  Shock.  Pure shock.

INT. HOTEL - BANQUET ROOM - DAY

A sprightly Burke bouncing with the microphone before his audience --

                    BURKE
          Good morning!  Scratch that --
          great morning!  I am excited!
          Effervescent.  Why?  Why??
          Because we're gonna make a
          difference today.  We're gonna
          get our hands dirty and do the
          work that needs doing!

INT. HOTEL - BANQUET ROOM - SERIES

Houselights down.  Various WORKSHOPPERS taking turns holding a large white candle.  Difficult, troubled eyes.

SERIES --

                    WELLING EYES
          ...Pretty morning in March.  Our
          family has a little plot, so we
          set up chairs, candles.  Harpist
          played his favorite song, Purple
          Haze.  Something, huh?
               (then)
          I still.  Set a place for him at
          dinner every night.  Even though
          it confuses his sister.

                    MOUSTACHE
          ...I mean if this is the Candle
          of Truth, guess I should be honest --
          I used her life insurance money.
          For a down payment on a condo in
          Mexico.

                    PONYTAILS
          ...I told the I.C.U. doctors I
          had to go to the bathroom.
               (then)
          But really.  I just didn't want
          to be there.  Couldn't be.  When
          he...went.

53.

                    BEEHIVE
          ...We talked about it before.
          He liked the idea of it.  So...
          I made a mold of his...you know.
          That way, even though he was
          gone...you know.

                    WALTER
          ...Dunno.  Nothin' to say really.

The familiar thirtysomething griever, lost his son.  Gentle:

                    BURKE
          There's always something to say,
          Walter.
               (no response)
          Tell us.  How'd your son die?

                    WALTER
               (finally)
          I used to be a contractor.  He
          was my little right-hand man.
          Only twelve, but hell, he could
          frame a house better'n I could.
               (then)
          We were building his mother a
          garden shed.  He fell off the
          roof.  Snapped his spinal cord
          in two.
               (cracking)
          Just like that.

Quaking.  Burke, feeling it.  Horror.  Hushed:

                    BURKE
          You said...  "I used to be a
          contractor...."

                    WALTER
          Gave it up.  Can't even walk
          into Home Depot anymore.
               (shame)
          I -- uh -- clean office buildings
          at night now.

Burke sits with that.  Heartbroken.  A moment and:

                    BURKE
          Dirty little secret.  _Fear_.  Of
          pushing on.  Because that means
          we're moving away from the past,
          from our connection to that
          someone we loved.  The fact is,
               (MORE)

**56**

54.

> BURKE (CONT'D)
> their death shakes us to the
> core, keeps us paralyzed with
> terror.
>       (raises his hand)
> How many of you don't fly anymore?
> Who here gets an annual check-up
> three times a year?  How many of
> you gave up skiing, surfing,
> biking, you name it?

Almost the entire room has a hand raised.

> BURKE
> Then listen to me.  Fear is a
> state of mind.  We're going to
> prove that.  Right now.

INT. HOTEL - BANQUET ROOM - LATER

Bare feet.  Pant legs rolled up.  Pair after pair.

> BURKE
> That's right, roll 'em up, we're
> gonna beat this once and for all --

Burke's naked dogs ease forth onto...a long aluminum tray
filled with hot coals.  Step after step.

> BURKE
> Fear does not consume me.  I am
> in control of whatever I do.

He calmly walks to the end.  Oohs and aahs.

> BURKE
> Who else wants to be in control?
> The only thing standing between
> you and me is in your head.

Silence.  Finally, a SHEEPISH woman steps forth.  Dares to
touch the coals, run across.

> BURKE
> That's what I'm talking about!
> Who's next?

Claps, cheers.  One by one, his followers run across the
embers.  Pride, tears.

The Mediacom execs eating it up.  Lane eating that up.

ANGLE - HALLWAY

**57**

55.

Eloise with her flower cart, passing by the ajar door.
Pauses.  Can't help herself, watches from afar --

SCENE

Burke arriving at Walter.  Hesitation from the man.

> BURKE
> Walter, you can do this.

> WALTER
> This is -- stupid.

> BURKE
> Then it shouldn't be that big of
> a deal.

> WALTER
> Don't got anything to do with my
> Stephen.

> BURKE
> Then prove it to me.

But Walter won't.  Can't.

> BURKE
> You think Stephen would want you
> like this?  Or would he want you
> to move on, to take a step
> forward?

> WALTER
> You don't know anything about my
> son.

Anger -- sadness -- turmoil.  Burke feels it.  Steps back on
the coals.  One foot after another.  Flesh on fire.  Stops.
Extends his hand --

> BURKE
> But I do know what it feels like
> to give up.  And I'm not gonna
> let you do that.

Burke, intent gaze.  Skin sizzling.  Unyielding.  Forever
passes.  Burning feet.

Eloise glued, marveling at his determination.

> BURKE
> Come on, Walter, here we go --

Walter, welling.  A mess.  Burke, fixated psychosis.

**58**

56.

But the man can't do it -- walks off, humiliated -- out the door.  Burke just stands in the embers.  A personal failure.

Worried, Lane cues music.  Burke snaps to, walks off the coals --

> BURKE
> Well, we all go at our own pace.
> He'll get there.

ANGLE - ELOISE

Eloise breathes.  Impacted.  Pulls herself away.  Passes by a display table of Burke's bestseller.  Hm.  Picks one up.

ANGLE - BANQUET ROOM

> BURKE
> (forced)
> Give yourselves a big round of
> applause for daring to kick fear
> right where it hurts.

Cheers, applause.  Burke, masking defeat.

INT. HOTEL - CONFERENCE ROOM - DAY

Blisters and boils.  Lane ices Burke's ravaged feet --

> LANE
> The hell were you thinking out
> there?

> BURKE
> Guy needs help.  He's in a bad
> way.

Way he said that.  Introspective?  Lane catches it.

> LANE
> But you can't do the work for
> them.
> (then)
> This might sting a little --

Sprays Bactine over his feet -- Burke shrieks in agony --

INT. HOTEL - MEETING ROOM - DAY

The Mediacom execs parading before Burke and Lane --

**59**

57.

                              EXEC
                    ...once you sign with us, you're
                    no longer an independent
                    contractor -- you've got all 32
                    divisions funneling your image
                    24/7.  Within a year, we'll expand
                    your household name recognition
                    by 65%.  The Burke Preston show
                    subsequently launches in Q3,
                    followed by the DVD line, a new
                    set of books, syndicated talk
                    radio, et cetera...

                              EXEC #2
                    All of this lays the foundation
                    for a branding strategy that
                    taps into demographics well beyond
                    your current base.  Bob?

Another Exec displays a graph and chart --

                              EXEC #3
                    Studies indicate that persons
                    grieving the loss of a loved one
                    put on thirty to forty percent
                    more weight than the national
                    average.

A carton is opened -- shakes, vitamins, supplements...

                              EXEC #3
                    Introducing the Burke Preston
                    Calorie Reduction Plan -- *Finally,
                    a loss you can feel good about!*

Burke, unease.  The Execs ramble on, but his eyes divert out
the glass wall -- shock --

Tyler.  Entering the lobby, searching.  Burke goes red, picks
up a tub of shake mix, hides his face.

                              EXEC
                    Everything alright?

                              BURKE
                    Hm?  Oh -- just checking out the
                    ingredients.  Polysorbate ethanol.
                    Looks good.

                              EXEC
                    It's a mock-up.  Anyway,
                    continuing on...

**60**

58.

Blah blah blah as Burke steals glances out the window.  Shit, <u>Tyler makes eye contact</u> -- veers for the meeting room, knocks on the glass.

> LANE
> Speaking of demographics, these
> fans are relentless --
>> (to Tyler)
> In a meeting.  Next book signing
> is at five.

> TYLER
>> (through the glass)
> I need to talk to you, man.

> LANE
>> (to Burke)
> Do you -- know him?

> BURKE
> Peripherally.

Tyler just stands there.  Ahem.

> BURKE
> I'm sorry, would you all excuse
> me?

Burke opens the door -- Tyler thrusts forth Burke's paperback --

> TYLER
> I'm not an idiot -- and you're
> not some flower broker -- so you
> can drop the act, bud.

Double ahem.  Burke closes the door.

EXT. HOTEL - FRONT ENTRANCE - DAY

Tyler pacing before Burke.  Smoking.  Thinking.

> TYLER
> So what's the deal?

> BURKE
> The deal?

> TYLER
> Are you two like fucking?

> BURKE
> No.

59.

                    TYLER
          Then what is it?  You gonna see
          her again or what??

                    BURKE
          Highly doubtful.

                    TYLER
          What, you too good for her?

                    BURKE
          If anything, it's the other way
          around.

                    TYLER
          Oh so you do like her??

                    BURKE
          Is this what you came here to
          say to me?

                    TYLER
          I don't know what I came here to
          say, man.  She won't return my
          calls.

Burke stifles a pleased smile --

                    BURKE
          Really?

                    TYLER
          I just screw everything up.  I
          mean it's not her.  It's me.  I
          just can't -- get it right
          sometimes.

                    BURKE
          Getting it right starts from
          within.

                    TYLER
          The hell's that mean?

                    BURKE
          Nothing.

INT. HOTEL - CONFERENCE ROOM - SAME

Irked Mediacom executives.  Ho hum, twiddling thumbs.  Lane
samples the Burke Preston protein bar --

**62**

60.

                    LANE
          Not bad.

EXT. HOTEL - FRONT ENTRANCE - DAY

Tyler, now sitting on the curb.  Burke standing, checking
his watch.

                    TYLER
          I don't deserve her.  I mean
          every time I'm with her, I feel
          like a dumbass -- because she's
          so not a dumbass.  And that makes
          me...want to be...better, for
          her.  I lose her?  'Fraid I'll
          have nothing to shoot for.
               (then)
          You ever had a woman made you
          feel like that?

Burke's eyes flutter.  Impacted.  A nod.  Yes.

                    TYLER
          Maybe we should fist fight or
          something?

                    BURKE
          I -- have to go now.

And with that, he heads back in.

                    TYLER
          Pussy.

EXT. COMMUNITY GARDEN - DAY

Eloise beneath a canopy of flowers, tilling the soil.  Dozens
of small garden plots, various owners tending to their soil.

She reaches into her pocket, plants a batch of seeds.

Actually, guitar picks.  Tyler's.  Burying them in the earth.
A bittersweet fondness.  Finishes, stands.

Dusts off the CHANDLER PLOT marker and walks on.

INT. HOTEL - CONFERENCE ROOM - LATER

Burke arrives -- empty, execs gone.  Shit.

**63**

61.

INT. HOTEL - STAIRWELL - DAY

Burke, fumbling his way up the stairs, protein powder in one arm, *Burke Preston Ab-Cruncher* in the other.

INT. HOTEL - HALLWAY - DAY

Emerging from the stairwell.  Pauses at the apple still life. Hm.  Chews his lip.

INT. HOTEL - VARIOUS HALLWAYS - DAY

...Burke traipsing down the hall, peeking behind every generic art print in the joint.

...Down another hall, atop a couch to look behind a fake Van Gogh -- ahem, pauses -- a COUPLE staring at him askance.

> BURKE
> Uh -- lost my keys.

...Peeking behind a massive artwork -- shit, it comes unhinged -- struggling with the weight of it.

...Rounding a corner.  Pauses.  One of Eloise's sublime floral arrangements on a table.  Above it, a painting.

He can sense it.  Dares to peek behind.  And sure enough...

> *POPPYSMIC*

Aha, satisfied smile.  But then a raised brow.

INT. HOTEL - BURKE'S ROOM - DAY

Burke with the dictionary: *(pa'pee'smik'.)*  n.  *The sound produced by smacking one's lips.*

Hm.  Sits on the bed.  Pensive.  Smacks his lips.  Again. Again.  Again.  Until he notices...

A blinking red light.  Phone message.

EXT. PIKE PLACE MARKET - DAY

Fish merchants packing ice, tourists with cameras.  Eloise and a coffee at a table.  Waiting.  Torturous.

**64**

62.

She sighs, rises to leave.  But there he is, across the way, frozen in a sea of people.

                    BURKE
          I came to say I'm not coming.

She holds back a smile.  A moment.

                    BURKE
          Surprised you called.

                    ELOISE
          Me too.
               (difficult)
          Last night.  See...  I...

                    BURKE
          Don't need to.

Throws her off track.

                    BURKE
          Tyler came by to see me.

                    ELOISE
          Oh God.

                    BURKE
          It was all very civil.  He just
          wanted to know my intentions.

                    ELOISE
          What are your intentions?

                    BURKE
          You called me...
               (no response)
          He's not a bad guy.

Makes her uncomfortable.  Stilted.  Diverts --

                    ELOISE
          How come you didn't tell me about
          your wife?
               (off him)
          Read your book.

                    BURKE
          Ah.  Never really came up.

                    ELOISE
          You said you were divorced.

**65**

63.

                    BURKE
          No, you said I was divorced.

                    ELOISE
          You didn't exactly correct me.

                    BURKE
          Dead wife, Peach Schnapps...
          Eh.

                    ELOISE
          But isn't that your whole deal?
          Talking about it?

                    BURKE
          I was off the clock.

                    ELOISE
          Well.  For what it's worth, I'm
          sorry.  About her.  Sounds like
          you really loved her.

                    BURKE
          I did.  But that was a long time
          ago.

                    ELOISE
          Two years??

                    BURKE
          Sure.  Two years ago, that guy
          was caviar --

Indicates a giant salmon on ice.  Diverting, picks it up --

                    BURKE
          Hello there, young lady, look at
          the flippers on you.  I'll swim
          up your stream anytime.

She smirks as the creature slips out of his hands -- onto
the street --

                    FISHMONGER (O.S.)
          Hey, you drop it, you own it,
          chief.

A hulking aproned FISHMONGER leers --

                    BURKE
          It wasn't me -- he was trying to
          spawn --

**66**

64.

                    FISHMONGER
          Thirty bucks.

Threatening.  Burke quickly hands over the cash.

                    BURKE
          What am I supposed to do with
          him?

But the guy's headed on.  Eloise shrugs.

EXT. PIKE PLACE MARKET - A FEW LATER

Burke ceremoniously hands the fish to a pair of grateful
foreign TOURISTS --

                    BURKE
          As our one millionth visitors to
          Pike Place, we proudly present
          you with this relatively fresh
          salmon as a gesture of our
          appreciation.

They bow, thankful.  Eloise watching, red.

                    TOURISTS
          You so so nice -- thank you --

                    BURKE
          God bless.

He takes Eloise's arm and scurries on --

                    ELOISE
          Terrible.

                    BURKE
          What?  They got a nice souvenir,
          Nemo got a home, everybody's
          happy.

                    ELOISE
          You're limping?  You okay?

                    BURKE
          Mishap during the coal-walking
          segment of today's workshop.

                    ELOISE
          Right.
                (then)
          You still 'not coming?'

**67**

65.

                    BURKE
          Where?

She's not telling, skips on.

INT./EXT. ELOISE'S VAN - TRAVELING - DAY

Winding through Seattle streets.  Eloise at the wheel, manic
driving.  Burke shotgun, taking in the vehicle's flower trays.

                    BURKE
          Uh.  Cool van.

                    ELOISE
          Thanks.

On they drive.  He steals glances at her, a bit entranced
amidst it all.

EXT. ELOISE'S MOTHER'S HOUSE - DAY

Van pulls up to a one story modest rambler.

                    ELOISE
          So I just need to run in, pick
          up something...

                    BURKE
          Your house?

                    ELOISE
          My mom's.  You're welcome to
          come in, stay...  It's not like
          you'd be meeting the parents.
          But I mean -- I guess you would?
              (nerves)
          I didn't really think this
          through.

                    BURKE
          It's fine -- I'll just wait.

                    ELOISE
          I didn't mean...  Come in.
          Really.

He considers, unsure.

INT. ELOISE'S MOTHER'S HOUSE - DAY

Kitchen door opens.  Eloise with flowers, Burke.

**68**

66.

                    ELOISE
          Hi mom, it's me.

                    SANDRA (O.S.)
          Oh, hi, honey!  Bob left the
          keys on the counter.

Routine, Eloise pulls a vase from the cupboard.  Cleans the
dirty dishes, stray beer bottle.

                    ELOISE
          How was your day?

                    SANDRA (O.S.)
          Oh, fine.  Had lots of coupons
          today.

                    ELOISE
          So mom, I want you to meet a
          friend of mine...

She summons him into the living room.  SANDRA is in a La-Z-
Boy behind a TV tray, supermarket cashier's uniform still on.

                    SANDRA
          Oh -- I wasn't expecting company --

She straightens her hair, struggles to get up --

                    BURKE
          No no, don't get up.
               (shakes her hand)
          I'm --

                    SANDRA
          Burke Preston!  Ellie, you didn't
          tell me you were dating a
          celebrity!

                    ELOISE
          Mom, we're not -- dating.

                    SANDRA
               (aside to Eloise)
          I wish you would've told me -- I
          look like hell.

                    BURKE
          Just the opposite.  I see where
          Eloise gets her looks.

The genuineness flatters mom.  Touches daughter.  Quiet.

**69**

67.

                    SANDRA
        El, show him your pictures.

                    ELOISE
        Mom...

                    SANDRA
        Shush --

Sandra guides him to the mantle, a row of photos.  Proms,
school pictures.  A series of Eloise with a bow and arrow.

                    BURKE
        Got Pocahontas here.

                    SANDRA
        Eloise was state archery champion
        two years in a row.

                    ELOISE
        Mom.

                    SANDRA
        Don't be modest -- this is Burke
        Preston.

The end of the mantle, an aged family snapshot.  A four-year-
old Eloise, younger Sandra, Eloise's DAD.  Carefree smiles.

His eyes take it in.  Quiet.

                    ELOISE
        So, got the keys, we should be
        going...

                    SANDRA
        Oh, okay -- 'A-Okay!'

                    BURKE
        It was very nice meeting you.

                    SANDRA
        Yes, right -- me too -- hope to
        see you again.

She watches them go.  Still red with flattery.

EXT. HOUSE - DAY

Small smile, Eloise leads Burke across the street to another
house.  Unlocks a Qwest telephone repair truck, hops in.

**70**

68.

                    BURKE
          You trying to evade the FBI or...?

                    ELOISE
          You'll see.  Get in.

INT./EXT. TELEPHONE TRUCK - TRAVELING - DAY

Eloise at the wheel.  Burke shotgun.  Manic driving.

                    BURKE
          Cool truck.

                    ELOISE
          Thanks.

She giggles.

EXT. WATERFRONT - DUSK

Eloise pulls to the curb, ushers Burke out.  She heads to
the back, unlocking and unbolting --

                    BURKE
          Whatcha doin'?

She opens the door to the crane basket, steps on board --

                    ELOISE
          Your chariot awaits.

                    BURKE
          At some point here I think I'm
          gonna need to check your meds.

                    ELOISE
          "Although it's important to look
          before leaping, there are moments
          in life that require a leap of
          faith."  Burke Preston, chapter
          12.

                    BURKE
          Whoever that is, guy sounds like
          an idiot.

                    ELOISE
          Trust me.

He follows her onto the crane.  She fumbles about with the
controls -- gears cranking -- jerking --

**71**

69.

                    BURKE
          Here lies Burke Preston...

                    ELOISE
          Stop.  Got a crash course from
          Bob this morning.

The crane jerks up, up, up...  Burke, green.

                    BURKE
          Who is this Bob and why is my
          life in his hands?

                    ELOISE
          My mother's neighbor and boyfriend
          of the moment.
               (then)
          So I wanted to make up for last
          night -- thought I'd take you to
          the Wilco concert -- but it's
          been sold out for months -- do
          you like Wilco?

Twenty feet and rising.  Burke peering over.  Say wha?

                    ELOISE
          Me too.  So I figured where
          there's a will, there's a way...

The crane crests over trees to reveal...<u>an outdoor concert in full bloom</u>.  The music crescendos, aglow from the sunset waterfront.

Burke is speechless.  The music.  The woman nestled beside him.  Intoxicating.  Harmony echoes.

A gift.

EXT. WATERFRONT - NIGHT

The pair strolling, sanguine.

                    BURKE
          If I had a nickel for every time
          I saw a concert from a telephone
          truck...
               (she hits him)
          Thank you.  It was...exquisite.

                    ELOISE
          Don't thank me, thank Bob.

He pauses.  They lock eyes.  Close.  Quiet:

70.

>                    ELOISE
>           Can I ask you something?
>                (off him)
>           Your book.  It's...heavy.  And.
>           Behind the little catch phrases
>           and the author's smiling photo --
>           are you...happy?  <u>Really</u>?

>                    BURKE
>           Am I--?
>                (covers)
>           Yeah.  Yeah, I am.

>                    ELOISE
>           You seem like it.  But.  Dunno.
>           What they say about judging a
>           book by its cover...

He looks away.  She catches it.  Sensing more?  A moment.

>                    ELOISE
>           I have to go to Marty's slam
>           poetry.  You want to come?

>                    BURKE
>           Slam what?

>                    ELOISE
>           It's -- part poetry, part Jackass.
>           And they have hookahs.

>                    BURKE
>           Hookahs?

INT./EXT. TELEPHONE TRUCK - TRAVELING - NIGHT

Eloise swerving through traffic, on her cell --

>                    ELOISE
>                (on phone)
>           -- we're on our way, what time
>           do you go on?
>                (listens)
>           No, we'll be there, I promise --

Under which, Burke checks his phone -- 12 MISSED CALLS.
LANE PRYOR, LANE PRYOR, LANE PRYOR...  Gulp, he dials --

INTERCUT - HOTEL SPA

Lane getting a pedicure.  Phone rings, he answers --

**73**

71.

                        LANE
            Where the fuck have you been?

                        BURKE
            Went to a concert.

Lane leaps up, hobble-paces with his toes full of cotton --

                        LANE
            You went to a--?!  You left in
            the middle of a meeting, Burke --
            you insulted them -- and who the
            hell was Johnny Longhair?

                        BURKE
            That was Tyler.

Eloise double-takes.

          LANE                          ELOISE
    I wouldn't think I'd         What about Tyler??
    need to tell you how
    imperative it is that              BURKE
    you treat these people       Nothing, nothing --
    with respect --

                        LANE
            Are you listening to me?!  Who
            is that??

                        BURKE
            A friend.

                        LANE
            Okay, just halt.  Halt!  We need
            to have a little pow-wow -- where
            are you?

                        BURKE
            On our way to see some slam
            poetry.  They have hookahs.
            Look, Lane, everything is under
            control -- we'll talk in the
            morning --

                        LANE
            But--
                (CLICK)
            Shit shit shit --

Furious, stumbles into a bowl of hot paraffin -- yelps.

**74**

72.

INT. HOOKAH BAR - NIGHT

Velvet booths, mohawks.  Marty at the mic, ripping it --

                    MARTY
          I am woman, hear me roar --
          Ain't no joke, less in my dungeon --
          You'd know 'cause you're sore --
          Your junk under my heel, Dominatrix disguise --
          You and your phallus may run the world --
          But I, amazon bitch'll, cut you down to size!

Cheers and applause.  Burke and Eloise on throw pillows
putting on their best smiles as Marty hops down to them.

                    ELOISE
          You go, girl.

                    BURKE
          That was -- slammin'.

                    MARTY
          I shook up the iambic pentameter
          with a little Camille Paglia
          haiku motif -- did ya catch that?

                    ELOISE
          How could you miss it?

                    WAITRESS
          Kick-ass, Mart.  Drink?

                    MARTY
          All around, on me.  And can we
          get the Istanbul black demon
          shisha?

                    BURKE
          Black demon...?

                    MARTY
          So wicked.

INT. HOOKAH BAR - LATER

Circle of Marty's friends around a hookah -- MOHAWK, TATTOOS,
NOSE-RING.  Trepidation, Burke takes a drag on the tube --
hacks up a lung --

                    BURKE
          Wicked.
                    (MORE)

**75**

73.

                    BURKE (CONT'D)
              (then)
         Shit --

Focusing beyond -- Lane entering -- oh boy.

INT. HOOKAH BAR - LATER

A fraying Lane with Burke at the bar --

                    LANE
         I beg you, please make sense of
         this.

                    BURKE
         Just enjoying a little local
         flavor.

                    LANE
         Since when do you enjoy anything?

                    BURKE
         How did you even find me?

                    LANE
         I'm Lane Goddamn Pryor.  What's
         going on here -- we're on the
         verge of the deal of the century
         and you're off playing Prince of
         Persia?!

                    BURKE
         Calm down--

                    LANE
         I will not calm down.  Do you
         have any idea the blood, sweat,
         and tears it has taken me to put
         this together?  Mediacom didn't
         even know your name six months
         ago --

                    BURKE
         I know -- and I appreciate it --

                    LANE
         No, you don't.  You don't have
         any idea what I do to enable you
         to get up on that stage.  The
         8AM trips to Barbecues Galore to
         get your fucking coals; the ass-
         kissing of some sister's cousin's
                    (MORE)

**76**

74.

                    LANE (CONT'D)
          brother's boss just to get you
          exposure in the local paper;
          constantly reminding the stoner
          tech dude that your backlight
          should be <u>blue</u>, not green, to
          match your suit -- that
          incidentally <u>I</u> have dry cleaned
          for you...

Burke's eyes at his feet, guilt.  Lane exhales.

                    LANE
          Friend to friend.  Do you <u>not</u>
          want this?

                    BURKE
          Of course I do.

                    LANE
          So for the next two days you'll
          be <u>where</u> I tell you to be <u>when</u> I
          tell you to be there?

                    BURKE
          Scouts honor.

They shake.  Relief.  Lane ogles at a tongue-ringed gal.

                    LANE
          Now who are these fine folks
          you're consorting with?

                    BURKE
          Just -- people I met.
              (not good enough)
          Her name's Eloise.

                    LANE
          What hath struck the earth?
          Details?

                    BURKE
          She's...

A smile.  Says it all.  Lane's happy for him.  A moment.

                    BURKE
          So, I better get back.

                    LANE
          Yeah, <u>we</u> better.

Burke submits, alright alright...

75.

INT. HOOKAH BAR - LATER

SITAR CHORDS ECHO as Lane hovers over the hookah, ten hits in.  Sucks a massive toke, blows smoke over Marty's FRIENDS --

                    LANE
          Prepare my tent with a vestibule
          of virgins.

                    MOHAWK
          Ain't gonna find any of those at
          this table...

                    MARTY
          Eat me, Russell.

                    MOHAWK
          My point exactly.

Lane plops down beside Burke and Eloise --

                    LANE
          I feel like belly dancing.  Who's
          in?

                    BURKE
          Who's chaperoning who here?

                    ELOISE
          So, you guys work together?

                    BURKE
          Lane is my --

                    LANE
          Global visionary.

                    BURKE
          -- manager.

                    LANE
          Managers hold clients' hands
          while they go pee pee.  I, on
          the other hand, assemble vertical
          integration strategies that result
          in multimedia domination.  And
          yourself, my dear lady?

                    ELOISE
          I...  Deliver flowers.

**78**

76.

                    BURKE
          She's being modest.  She designs
          arrangements.  Does the ones in
          our hotel.

                    LANE
          Really?  Let me be the first to
          say that the one in the bar is
          absolutely breathtaking.

                    ELOISE
          Yeah?  There isn't one in the
          bar.

                    LANE
          Lobby?  I meant lobby.

Ahem.  And there they are.  Saved by the pipe --

                    LANE
          Come to daddy, dirty girl...

He tokes up, leaving Burke and Eloise.

                    BURKE
          Good guy.  Down deep.

                    ELOISE
          He come with you to all of
          your...?

                    BURKE
          Not all.  This one's a big deal,
          though.  Negotiating -- some
          stuff.

                    ELOISE
          Right, multimedia domination?

The way she said that.  A tad put off?  Interrupted by --
four rowdy poets delivering a "team slam" in staccato.

INT. HOOKAH BAR - SERIES

Ornate wine flasks pour libations...

Conversing, laughter amongst the gaggle of friends...

Burke stealing glances at Eloise...

A stoned Lane hogging the hookah pipe...

Music, poetry, the examination of friends' body piercings...

**79**

77.

Eloise stealing glances back...

INT. HOOKAH BAR - LATER

A hand grabs the mic onstage.  The clearing of a throat.
Dazed eyes.  Jesus, it's <u>Lane</u> slamming --

                    LANE
          When books are what you're there about
          And looks are what you care about
          The time is right,
          To learn the facts of life.
          You take the good, you take the bad,
          You take them both and there you have
          The facts of life, the facts of life.

Burke buries his face, the horror.

Lane throws down the mic, pounds his chest gangsta style.
The crowd goes nuts -- loves it -- Marty whistling.  Lane
shoots her a seductive wink.

INT. DICK'S DRIVE-IN - NIGHT

The group, rowdy and buzzed, in a couple of booths.  Lane
sidling up next to Marty to order at the counter --

                    LANE
          ...two large fries, two chocolate
          shakes, two <u>Dick's</u> Deluxes, two
          <u>Dick's</u> Specials...
               (to Marty)
          Do you like it when I talk dirty?

                    MARTY
          <u>Gross</u>.

Beyond, Burke and Eloise sunk into a booth.  He's making a
mess of a hot fudge sundae.  She wipes his chin for him.

                    ELOISE
          I hate chocolate.

                    BURKE
          Who hates chocolate?

                    ELOISE
          Me, that's who.  But butterscotch --
          mmm...

                    BURKE
          That's not right.

**80**

78.

                    ELOISE
          Hey, don't yuk my yum.

                    BURKE
          What else?

                    ELOISE
          What else ya wanna know?

                    BURKE
          "Everything."

                    ELOISE
          Lame.

                    BURKE
          Your mom.  I like her.

                    ELOISE
          But...where's dad, right?
                (yes)
          Couldn't tell ya.  Went to work
          one day, never came back.

She looks away.  Still gets her.

                    ELOISE
          I was seven.  'Bout all I remember
          of him is this community garden
          he'd take me to.  He'd spend
          hours in the dirt, all these
          exotic flowers.  Star orchids,
          gloriosas, black lilies...
                (then)
          After he left, my mom hauled
          everything he owned to the dump.
          He was all gone.  Except his
          flowers.

That hangs there.  He gives her room.

EXT. CITY STREET - NIGHT

The gang walking.  Passing by Jimi Hendrix, jamming on his
ax.  Captured in bronze, kneeling.

EXT. FREMONT - NIGHT

The Fremont Troll devouring a VW.  Lane riding his shoulder
like a bucking Bronco, mugging for Marty.

79.

EXT. FREMONT - NIGHT

The Fremont sculptures of half-a-dozen people waiting for the bus, frozen in time.

Beside, Eloise and Burke frozen as well.  Playing statue.

EXT. VOLUNTEER PARK - NIGHT

Bruce Lee staring out at us.  Photo on his tombstone.  The gang paying their respects.  Burke's gaze fixed.

Beside, Brandon Lee.  Father and son.  Eloise's gaze fixed.

A moment.  Burke and Eloise share a look.  Pensive.

INT. MARTY'S LOFT - NIGHT

Bricks and beams.  Words of every size, shape and nature pasted to the walls in a spraypaint collage.  Bean bags, Miles Davis, incense, alcohol.

                    MARTY
          Plain or peanut?

          TATTOOS                        MOHAWK
      Peanut!                        Dude, plain.

                    ELOISE
          Plain, but the Halloween ones.

                    LANE
          Skittles.

                    NOSE-RING
          Blind or deaf?

                    LANE
          Neither, thank you.

                    MARTY
          Deaf.

                    MOHAWK
          Screw that, no music?

                    MARTY
          Okay, blind.  Don't have to see
          my fat ass in the mirror every
          day.

80.

                    LANE
          I don't think it's fat.

Amorous.  Marty rolls her eyes.  Burke quietly watches,
swallowed in a bean bag.  Enjoying.

                    MOHAWK
          Okay, I got one.  Buried or
          burned?

                    LANE
          Stuffed.

                    TATTOOS
          Ashes to ashes.

                    MOHAWK
          You gotta be buried to give your
          mom some place to go cry on your
          birthday.

Burke shrinks a tad.  Eloise catches it.

                    TATTOOS
          The whole casket, embalming thing --
          total racket.
               (to Burke)
          So you're like the death dude --
          I mean isn't it just a complete
          scam?

                    BURKE
          Not exactly my area of expertise.

                    NOSE-RING
          I don't know how you do it.  All
          those sob stories everyday...

                    LANE
          'Cause he's Burke Preston!

                    MOHAWK
          How do you even -- get into that
          line of work?

                    ELOISE
          Come on, that's personal.

                    BURKE
          S'alright.
               (then)
          My wife died.  Car accident,
          L.A.  Wrote a book about getting
          through it.

**83**

81.

                    MOHAWK
          Whoa.

Hanging in the late night ether.

                    TATTOOS
          So.  Was she...buried or burned?

                    MARTY
          David!

Eloise holds her breath, eyes on Burke.  Lane saves --

                    LANE
          Hey, french fries or potato chips?

                    BURKE
              (ignores)
          Buried.  Matter of fact, the
          funeral was here in Seattle,
          where she grew up.

Eloise, surprise.  Burke, performing --

                    BURKE
          Yeah, she was claustrophobic as
          hell, God forbid she spend
          eternity in a tiny little vase.
          Least with a box you get to
          stretch your legs a little.
              (then)
          Beautiful day in March.  Her
          family has a little plot, so we
          set up chairs, candles.  Harpist
          played her favorite song, *Purple
          Haze*.  Damn if that wasn't
          something.

Marty and the others touched.  But Lane can't watch.  Eloise
catches it.  Something off here.

                    BURKE
          Been raining for two weeks
          straight, but that day the sun
          came out, daffodils were blooming
          in the ground.  As if they were
          welcoming her.
              (then)
          Buried.

The group lost in the moment.  Except Eloise.  Troubled.
Quiet words can't help but escape --

82.

                    ELOISE
          Daffodils?  They were daffodils?

                    BURKE
          Hm?  Yeah, her mother even
          mentioned them, her favorite.

                    ELOISE
          But.  They don't bloom here until
          June.

Her gaze one of disturbed, heartbroken confusion.

                    BURKE
          Wha?  Oh -- I guess they were
          early that year.

                    ELOISE
          That's -- not possible.  They're
          perennial bulbs.
               (realizing)
          Are you -- did you make that up?

                    BURKE
          Excuse me?  Of course not --
          Jesus -- no.

But his eyes betray him.  As do Lane's.  Thick.

                    ELOISE
          You.  Didn't go, did you?

Her eyes so decent.  Time seems to stop.

                    LANE
          Getting late, we better hit it,
          Burke.

But he doesn't move.  Her gaze.  True.  He can't bear it.

                    BURKE
          No.

Revealed.  He clears his throat.  Stands.  Walks out.  Heavy
silence.  She sinks.  Lane slowly rises.  Stands before her.

                    LANE
          Think you got it all figured
          out, huh?  You've exposed him
          for what he is?  A liar.  A fraud.
          How could he know anything about
          grieving if he didn't even go to
          his wife's funeral?  Well, was
               (MORE)

**85**

83.

> LANE (CONT'D)
> he a fraud when he slept in a
> park for a week?  Was he a fraud
> when he fixed his wife's car and
> took it out for a 150 mile-an-
> hour joyride, thinking maybe
> he'd get lucky and sideswipe a
> semi along the way?  He's coping.
> And along the way, he's managed
> to help thousands of people just
> like him.  But despite all that,
> you judge him?  Who are you?

He walks out.  She shrinks.  Nauseous.

INT. CAB - TRAVELING - NIGHT

Burke in the back.  Out of body experience.  Numb.  Eyes
drift outside.  The Space Needle.

A wince.

INT. SPACE NEEDLE - STAIRWAY - NIGHT

Heels on grated metal.  Elevators whizzing past as Burke
sweats his way up eight hundred steps...

EXT. SPACE NEEDLE - OBSERVATION DECK - NIGHT

Restaurant closing down.  Burke gazing out at the twinkling
lights.  Eyes glazed over.  Thick.

> CYNTHIA (O.S.)
> Okay, now big smile, Burkey --
> time for your stereotypical,
> tourist snapshot.  Say cheesey...

He smiles.  The sound of a CAMERA FLASH.  Lost in it.  WIDEN:
there is no camera.  No wife.  Alone on the deck.

INT. SPACE NEEDLE - STAIRWAY - NIGHT

Burke trudging down.  Empty.  Pauses.  Leans against the
wall.  Fighting it.  CLOSING IN ON HIM --

HIS THOUGHTS --

*LOS ANGELES CITY STREET - DUSK - M.O.S.*

**86**

84.

*Rain.  A mangy dog trolling the sidewalk for food.  Sniffs his way into the empty street.  Pauses at a strewn wrapper.*

*A MOTOR approaches.  A car.  Rounding the corner -- the dog reacts -- the car swerves -- BRAKES SCREECH, TIRES SKID on wet pavement --*

*The dog scampers free as <u>METAL</u> <u>CRUNCHES</u> <u>INTO</u> <u>METAL</u> -- the car mangled into a light pole --*

*The canine blinks.  Walks on.*

BACK TO BURKE

Tight grip.  Shakes it off.  Trudges down.

INT. HOTEL - HALLWAY - NIGHT

Burke trudges out from the stairwell, freezes -- Tyler on the floor by his door.  Waiting, strumming his acoustic.

                    BURKE
          Got to be kidding me.

                    TYLER
          Heya, man.

                    BURKE
          What are you doing here, Tyler?

                    TYLER
          You see her tonight?

                    BURKE
          You're not armed, are you?

                    TYLER
          Come on, Burke, I'm serious.

                    BURKE
          Yes.

Tyler nods, not surprised.  Lets it sink in.

                    TYLER
          I get it.  Posh digs, got your
          mug on book covers.  I'm just a
          fuck up.

Hangdog eyes.  Burke sighs, leans against the wall.

**87**

85.

                        BURKE
             Little secret.  I'm just a fuck
             up, too.

Way he said that.  Tyler senses pain.

                        TYLER
             Guess she's got a thing for fuck
             ups.

And there they are.  Odd connection.

                        TYLER
             Look, you're like the PhD.  Is
             it a total conflict of interest
             if I ask you -- what the hell
             should I do?

                        BURKE
             Chapter ten.  "You won't find
             happiness with another if you
             haven't yet found it in yourself."

Tyler absorbs it.  Burke, too.  Quiet.

                        TYLER
             Like maybe.  I can sometimes be --
             not all the time or anything --
             a little bit.  Self-absorbed.

                        BURKE
             And that's okay.  Long as you do
             it on your own time.

Tyler thinks on it.  Nods.  Piercing through.

                        TYLER
             Hey man, it's late -- mind if I
             crash here?

                        BURKE
             What??  No, you may not crash
             here.

                        TYLER
             Dude.  Come on.

                        BURKE
             No.  No.

INT. HOTEL - BURKE'S ROOM - NIGHT

Lights out, Burke staring at the ceiling.  Thick.

**88**

86.

                         TYLER (O.S.)
                    Good night, Burke.

Tyler splayed out on the couch.  Burke doesn't respond.

INT. MARTY'S LOFT - NIGHT

Eloise and Marty, alone.  Eloise kicking herself.

                         ELOISE
                    I should go over there.
                    Apologize.

                         MARTY
                    No.

                         ELOISE
                    I was just trying to...understand
                    him.  Instead, I humiliated him.

                         MARTY
                    He humiliated himself.  He's got
                    major issues.
                         (then)
                    You're too good for these guys.
                    I know it, everybody knows it.
                    But you need to start knowing
                    it.
                         (then)
                    Look, I don't want to see you
                    get hurt again on another one of
                    your fixer-upper jobs.  Maybe
                    it's just better to...let this
                    one go?

Eloise sits with that.  Heavy.

EXT. SEATTLE - DAWN

Ferries plow across Elliott Bay.

INT. HOTEL - STAIRWELL - DAY

Ready for his day, Burke enters the stairwell -- runs smack
into Lane, waiting.  They head down.

                         LANE
                    There's the man of the hour.

                         BURKE
                    Morning.

**89**

87.

                    LANE
          So.  Last night.  You -- good?

                    BURKE
          Right as rain.

                    LANE
          'Cause I mean what the hell does
          she know about anything, right?

                    BURKE
          Right.

                    LANE
          Exactly.  Big day, the
          Mediacom'ers want to prep you
          over dinner for Vernon's arrival
          tomorrow.  Need to show 'em a
          little love after yesterday.

                    BURKE
          Sure thing.

                    LANE
          Okay then.  Work your magic,
          magic man.

Burke exits.  Lane watching.  Concern.

INT. HOTEL - BANQUET ROOM - DAY

Burke on stage, barreling through a slide show --

                    BURKE
          ...again, at least three times a
          week you're going to want to
          integrate your Mourning Meditation
          and your Man-in-the Mirror
          sessions.  Next slide.  Every
          other day, I want you writing in
          your Self-Actualization Journals.
          Everyone getting this?  Good.
          Next slide.

Crowd struggling to keep up, taking notes.

INT. HOTEL - BANQUET ROOM - LATER

Impatient, Burke pacing in the pit with the crowd --

**90**

88.

                    BURKE
          Alright, who's next?  Come on,
          people, get your hands up.  Let's
          go, let's go --

Tentative faces.  He stops at a MIDDLE-AGED WOMAN --

                    BURKE
          Martha.

                    MIDDLE-AGED
          Well, I don't know --

                    BURKE
          I don't know never got anybody
          anywhere.  This is _your_
          assessment.  Make the most of
          it.

                    MIDDLE-AGED
          I -- think I'm coming to terms
          with some of my anger?  And I'm --
          gonna try to stop projecting it
          onto others--

                    BURKE
          Great, work on that in group
          this afternoon.  Next?  Anybody?
          Walter, how 'bout you?

Walter.  Shrinking in the spotlight.

                    WALTER
          Uh.  Feel like I'm getting a lot
          out of the seminar...

                    BURKE
          Like _what_?  Come on, there's not
          a right answer here -- open up.

                    WALTER
          It's just -- it still.  Hurts.

                    BURKE
          That's a given.  What are you
          _doing_ about it?

Lane watching with concern.  The Mediacom suits as well.

                    WALTER
          I'm -- trying.

**91**

89.

                    BURKE
          I don't think you're trying hard
          enough.

                    WALTER
          I don't know <u>how</u> --

                    BURKE
          You don't know how?!  Have I
          just been wasting my time the
          last three days?  Have you not
          been listening?

                    WALTER
          No, I--

                    BURKE
          Then what is it?  Spit it out,
          Walter, what is it?  <u>What</u> <u>is</u>
          <u>it</u>??

                    WALTER
               (snaps)
          He should be pitching little
          league -- playing video games --
          spraypainting his skateboard --
          pissing me off being a kid --
          but he'll never do any of that
          because he's in a goddamn box!

Quaking.  A release.  Silence.  <u>Burke</u> <u>snaps</u> <u>to</u>, feels for
him.  Empathy.  Gentle:

                    BURKE
          Walter.  You're stuck.  Can't
          move forward, because you can't
          take your eyes off the rear-view
          mirror.  The death of your son
          has become the death of you.
          Your marriage.  Your business.
          Everything.

                    WALTER
          I -- don't know how to get it
          back.

                    BURKE
          You're a contractor, right?
          Build it.  One brick at a time.

Burke's eyes, an idea.  Off Walter --

90.

EXT. HOTEL - VALET - DAY

A pair of Greyhound busses.  Piqued WORKSHOPPERS climbing on board.  Lane aside to Burke --

                    LANE
           This isn't in the budget.

INT./EXT. BUS - TRAVELING - DAY

A baffled Walter looks to Burke for an explanation.  A few seats back, Lane and the Mediacom suits --

                    LANE
           No expense too great for the
           ailing heart...

                                        CUT TO:

EXT. HOME DEPOT - DAY

The workshoppers filing off the bus, collecting at the front door.  Burke beside Walter --

                    BURKE
           Said you couldn't even set foot
           in a Home Depot anymore.  But
           you're not a janitor, Walter.
           You're a contractor.
               (encouraging)
           Time to start acting like one.

Burke opens the door for him.  Walter swallows.

                WORKSHOPPERS (AD LIB)
           You can do it, Walter...  Come
           on, Walter...

They surround him, encouraging.  And one step after another, he tentatively enters...

INT. HOME DEPOT - LATER

Burke pulling down a tool belt from a shelf for Walter --

                    BURKE
            Now let's fill this thing up.

SERIES --

**93**

91.

...The group pulling down wrenches, offering to Walter. He's indifferent.

...Screwdrivers.  Walter shrugs, numb.

...Hammers.  Getting sucked in, he chooses one over another. Feels the weight of it in his hand.  <u>Familiar</u>.

...Drills.  Engaging, espousing the merits of one bit over another.

...He runs a piece of cedar through a table saw.  Inhaling the wood scent.  A smile.

...Lane using a ShopVac to flirt with a Mediacom exec.

...A frenzy of nails, pliers, and bolts.  A beaming Walter regaining his expertise.  Burke watching on the sidelines, happy for him.

...Cash register rings up the four-figure total.  Lane begrudgingly offers up his credit card.

INT. HOME DEPOT - LATER

Walter and Burke in the afterglow --

                    WALTER
          ...Don't know what to say.  That
          hammer.  Been a long time, but
          it feels...right.

                    BURKE
          Not surprised.

                    WALTER
          Thank you.  For reminding me.

                    BURKE
          You reminded yourself.

                    WALTER
          It's a start, right?

                    BURKE
          It's a start.

And with that, Walter heads on.  Calls back --

                    WALTER
          You ever need a remodel...

**94**

92.

Burke smiles.  And then he is alone.  Always the bridesmaid,
never the bride.  A moment.  He turns, heads on, but stops --

Eloise, middle of aisle twelve.

                    ELOISE
          Hi...

                    BURKE
          Hi...?

                    ELOISE
          Concierge told me you took the
          show on the road.
               (then)
          Whatever that was.  It was nice.

He's mum.  She steps closer, awkward.

                    ELOISE
          I do dumb things sometimes.  I'm
          sorry.

                    BURKE
               (distant)
          You were right.  I lied.  Not
          much more to say.

                    ELOISE
          But I want to say more.  I want
          you to say more.
               (then)
          I wasn't trying to judge you,
          trip you up.  But you don't
          exactly make it easy.

He releases a long held exhale...

                    BURKE
          I didn't go to her funeral -- I
          haven't spoken to her parents
          since -- I didn't take care of
          Rocky -- I stopped talking to
          her friends -- I threw out all
          of her pictures -- I--...

                    ELOISE
          So.  Everything in your book...?

                    BURKE
          I tried it all.  That was the
          whole point.

**95**

93.

                    ELOISE
          And that busload of people.  Are
          you helping them or duping them?

His eyes at his feet.  Million dollar question.

                    BURKE
          Ask them if they're getting their
          money's worth.

                    ELOISE
          Does it ever occur to you that
          you do it because you hope maybe
          a little piece of their
          breakthroughs will rub off on
          you?

                    BURKE
          ...Yes.

                    ELOISE
          Can I say something?  And I want
          you to know that this comes from
          a place of total humility, and
          with the acknowledgement that my
          life is a day-by-day experiment
          in bad decisions.  But.  You're
          pretty messed up.

He considers that.  Disarmed.  A grin.

                    ELOISE
          All those people out there?
          They have a great doctor.  You,
          on the other hand, have been
          trying to treat yourself.  Which --
          anyone who knows anything about
          psychology knows -- just doesn't
          work.  I mean you don't see
          endocrinologists working on their
          own...endocrines, do you?
                  (then)
          Don't you need somebody to force
          you to do the things you don't
          want to do -- to go talk to her
          parents or take care of Rocky,
          whatever Rocky is.
                  (then)
          What's Rocky?

                    BURKE
          Nothing.

**96**

94.

                    ELOISE
          Uh-huh -- would you tolerate
          that from toolbelt guy?

                    BURKE
          He's a parrot.  Her parrot.
               (off her)
          He's loud and shits all over the
          place.
               (then)
          She made me promise that if
          anything ever happened to her,
          I'd...

                    ELOISE
          What?

                    BURKE
          Release him.  Into the wild.

                    ELOISE
          But you didn't.

                    BURKE
          No.  Her parents took him.

                    ELOISE
          Well there you go.  Two birds,
          one stone.

A pointed matter-of-fact smile.

                    BURKE
          Eloise, her father -- it's more
          complicated than --

                    ELOISE
          I'm sure it is.

                    BURKE
          You can't just simplify something
          like this --

                    ELOISE
          I know.

He's pacing.  Tense.  Clenched.  Resistant.

                    ELOISE
          You've helped a lot of people.
          Now why don't you let somebody
          else get their feet burned for a
          change?

**97**

95.

She offers her hand.  He stares at it.  But can't.

                    BURKE
          I'm sorry.

EXT. HOME DEPOT - DAY

Burke boarding the bus.  Pauses, gazes at Eloise at her van.
Disappointment.  The bus pulls out.  His eyes frozen on her.

                    BURKE
          <u>Stop</u>.

Air brakes screech.  Burke moves to Lane --

                    BURKE
          Something I gotta go do.

Lane follows his eyes.  Eloise in the parking lot.

                    BURKE
          Don't worry, won't leave you
          hanging.  I promise.

                    LANE
          We've got dinner with the suits.
          You sure?

Burke nods.  Lane sees the gravity.  Nods back.

NEW ANGLE - ELOISE'S VAN

Key in the ignition, Eloise pulls out.  Steering to
reveal...Burke.  Nervous stare.

INT./EXT. ELOISE'S VAN - TRAVELING - DAY

Eloise at the wheel.  Burke looking green, anxious.

                    ELOISE
          You okay?

EXT. SIDE OF THE ROAD - DAY

Burke puking his guts out.  Finishes, heads back to the van.

EXT. SUBURBAN NEIGHBORHOOD - DAY

The van parked at the curb.  Burke's eyes fixed on a Victorian
two blocks down.  Dry mouth.

96.

> ELOISE
> So.  That's it?

> BURKE
> That's it.

> ELOISE
> Want me to go with, or...?

> BURKE
> Don't imagine that'd go over so
> well.
> (pleads)
> I don't even know if they kept
> the bird -- probably not even
> home --

> ELOISE
> Burke.

He sighs.  Nods.  Opens the door.

> BURKE
> Did I mention her father is an
> ex-marine?

Ahem, and off he goes.

EXT. VICTORIAN - DAY

Burke at the steps, deep breaths.  Trudges up the porch.
Then back down.  Then back up.  In front of the door.  Eyes
drawn to a sword hanging overhead: SEMPER FI.

Swallows.  Peeks in the window -- the aged COUPLE on the
couch watching Brit Hume.

Burke's trembling finger reaches for the doorbell.  Can't do
it.  Hurries down the steps when --

SQUAWK.

From the side of the house.  Piqued, he sneaks over the hedge.
Ducking, searching windows.  There --

In the kitchen, Rocky.  A gargantuan white parrot preening
in its cage.

Burke stares.  Memories.

**99**

97.

INT. VICTORIAN - LIVING ROOM - A FEW LATER

Silver, THE MRS., the TV.  In the archway behind them, a head peeks out.  Burke, <u>inside</u>.  Scoots to the other side.

NEW ANGLE - KITCHEN

Screen door ajar, Burke approaching Rocky, quieting finger to his lips.  Reaches to unhook the cage -- too high -- steps onto the counter --

                    MRS. (O.S.)
          Another iced tea, Howard?

A grumbling RESPONSE.  Burke's eyes widen --

NEW ANGLE

The Mrs., humming her way into the kitchen.  <u>Empty</u>.  Refreshes her tea.  Oops, drops a lemon, reaches down --

<u>Burke</u>.  Under the kitchen table.  Inches away.  Somehow, he goes unnoticed and she traipses back out...

EXT. VICTORIAN - SIDE YARD - MOMENTS LATER

Burke emerging from the screen door with the unwieldy cage --

<u>BARK</u>!  An ankle-biting terrier in guard dog mode -- yapping incessantly -- Rocky goes nuts, SQUAWKING --

Jesus, Burke takes off in a dead sprint --

NEW ANGLE - ELOISE'S VAN

Eloise twiddling her thumbs when --

                    BURKE
          <u>Go go go</u>!

Burke stampeding toward her -- confused, she throws it into gear -- he and cage topple into the back --

                    ELOISE
          What's going--
                    BURKE
          <u>Just drive</u>!

Screeching out of there.  Rocky not pleased.

**100**

98.

                         ELOISE
              Jesus -- what happened?!

                              BURKE
              I got the bird, that's all that
              matters.

                         ELOISE
              But -- were they _that_ upset??

                              BURKE
              Oh.  They will be.

                              ELOISE
                   (realizing)
              You--?!  Burke, you _didn't_--?
              What happened to two birds, one
              stone??

                              BURKE
              One bird's all I could manage.

     She hits the brakes -- Rocky and Burke tumble --

                         ELOISE
              _No_.  You're taking the easy way
              out.

                              BURKE
              Eloise.  They never would've
              given me that bird.

                         ELOISE
              You don't know that--

                              BURKE
              Look, I cut my losses.  If she
              wanted this bird turned loose,
              this is the way to get it done.

     Firm eyes.  She sighs.  Drives on.

     EXT. MOUNTAINS - DAY

     Eloise's van winding along a rural two-laner...

     EXT. CAMPGROUND - DAY

     Burke and Eloise outside the van, Rocky in his cage on the
     hood.  Looming mountain forest beyond.  Quiet.  Expectant.

99.

                        ELOISE
            This isn't animal cruelty or
            something is it?

                        BURKE
            Wasn't my idea, it was your idea.

                        ELOISE
            Wasn't my idea, it was <u>her</u> idea.

                        BURKE
            We'll let him decide.

A moment.  Rocky staring out at the wild blue yonder.

                        ELOISE
            Does he talk?

                        BURKE
            Only to her.  She got him to
            keep her company in the kitchen.
            She was a chef.  Two of them
            would chat away all day long and
            the minute I walk in, little
            bastard'd go mum.

                        ELOISE
            Love triangle.

                        BURKE
            She knew I hated him.  But
            probably also knew I'd never get
            rid of him, for her sake.  Guess
            this was supposed to do us both
            a favor.

                        ELOISE
            Sounds like a pretty smart lady.

                        BURKE
            She was.

And more.  Fond moment.  Wind blowing.

                        BURKE
            What say, Rock?  Ready for a
            jailbreak?

Gives Eloise a hopeful shrug, heads on.

EXT. FOREST - DUSK

Burke trudging through the trees, stealing glances of Rocky...

**102**

100.

EXT. CLEARING - DUSK

Arrives at a meadow, sets down the cage.  Opens it.

                    BURKE
          Okay.  Guess this is goodbye.
          Knock yourself out.

Rocky just sits there, bobbing his head.

                    BURKE
          Come on, this is your chance --
          meet some girls, see the world...

Taps at the cage.  The bird tumbles out.  Stands there.

                    BURKE
          Go.  Giddyup.
               (no response)
          What, you'd rather go back to
          Semper Fi's house?  Fine --

Reaches for him -- the bird hops away, defiant.

                    BURKE
          Okay, now you're pissing me off.

Tries to sneak up on him -- no dice.

                    BURKE
          Alright, know what -- you're on
          your own --

Stomps off down the trail, doesn't look back.

EXT. FOREST - DUSK

Marching back to the van.  But then slows...  Can't do it.
Turns back.  Walks --

Runs -- emotion welling -- eyes quivering --

EXT. CLEARING - DUSK

Burke sprints back, tripping over himself --

Rocky's still there, as if knowing he'd be back.  They share
a look.  Man.  Bird.  Same boat.

And off Rocky flies, soaring into pink sky.  The man left in
the clearing.  Affected.

**103**

101.

EXT. CAMPGROUND - DUSK

Burke ambles back, tight grip.  Nondescript face.  Eloise
picking flowers.

                    ELOISE
          Hey... How'd it go?

                    BURKE
          Mission accomplished.

                    ELOISE
          Was he happy?  Are you happy?

                    BURKE
          It's a bird, I set it free.  Am
          I supposed to sing Kumbaya?
               (off her)
          Look, I need to get back.

                    ELOISE
          Mmmm, <u>no</u>.

                    BURKE
          Excuse me?

                    ELOISE
          I'm not buying it.

                    BURKE
               (shifts)
          I feel better for having done
          it.  Okay?

                    ELOISE
          Bullshit.  Give me something...
          <u>real</u>.

He climbs into the van, closes the door.  She marches over,
opens it right back up --

                    ELOISE
               (gentle)
          If you don't want to talk about
          it, that's fine.  Really.  Just
          say so.  But don't gimme a line
          of crap and presume I'm too stupid
          to tell the difference.

                    BURKE
          Just tell me what you want me to
          say and I'll say it.

**104**

102.

                    ELOISE
     <u>Honesty</u>.  Stop being who you
     think you're <u>supposed</u> to be

                    BURKE
     Please -- just don't do this.

                    ELOISE
     Is that really what you want?

                    BURKE
     <u>It's</u> <u>what</u> <u>I</u> <u>want</u> --

                    ELOISE
     'Cause I don't think it's what
     you want -- you're always having
     to listen to everyone else --
     but I think you really want
     someone to listen to you.
          (soft)
     I'm here.  Lay it on me.

He walks.  Clenched.  Crawling out of his skin.

                    BURKE
     I can't.

                    ELOISE
     <u>Try</u>.

                    BURKE
     I need you to take me back to
     the hotel.  Right now.  And I
     need you to respect that.

Firm.  All he's going to say.  She tries to caress him --

                    ELOISE
     Burke...

                    BURKE
          (erupts)
     You just don't know when to quit,
     do you?!  I asked you to stop,
     but you just keep on -- maybe
     <u>you're</u> the one that needs
     psychoanalysis -- might want to
     ask yourself why you're so busy
     working on <u>other</u> people's problems
     instead of your own.
          (off her)
     Me, Tyler, God knows how many
     before that?  Come on, this one's
                    (MORE)

**105**

103.

                    BURKE (CONT'D)
          actually quite easy -- goes back
          to a father that left a little
          girl in a garden without so much
          as a post card -- and she's been
          trying to right the wrong ever
          since.  Well do me a favor --
          <u>find somebody else to play the
          role</u>.

She's in trembling shock.  Hurt.  Staggers to the van, throws
it in gear and leaves him there.

His gaze on the ground.  Immobile.

EXT. HIGHWAY - NIGHT

Burke walking on the shoulder, thumb extended.

INT. HOTEL - BAR - NIGHT

Late.  Lane, quite a few drinks in.  Waiting.  Sees -- Burke
entering the lobby, worse for wear.

                    LANE
          Holy Christ, <u>where have you been</u> --

                    BURKE
          It's not important.

Headed for the stairwell --

                    LANE
          Uh-huh, well let me tell you
          what <u>is</u> important -- you blew
          off dinner and Vernon's here and
          he's --

                    BURKE
          I'll meet with him first thing
          in the morning and make sure he
          feels the love.  After which,
          you should counter their offer,
          demand a larger piece of
          international royalties.  Also,
          the DVD roll-out is too late,
          let's move it up to next month --
          I'll rearrange my schedule, get
          a few more appearances on the
          books for production purposes.

104.

> LANE
> Jesus, what the hell happened to you?

> BURKE
> Got my head screwed on straight.

Lane shakes out the stars, follows him into --

STAIRWELL

Watches him head up from below --

> LANE
> So everything else is cool?

> BURKE
> Absolutely.

> LANE
> Anything...of note happen this afternoon?

> BURKE
> Not particularly.

> LANE
> (worry)
> 'Cause.  You can always talk to me.  If you need to.  I know I get all caught up in the business shit, but I want you to know that our friendship --

> BURKE
> I know that, Lane.  Sleep well, big day tomorrow.

He's gone.  Lane staring up at the empty stairwell.

INT. HOTEL - BURKE'S ROOM - NIGHT

Burke calmly readying for bed...

> BURKE (V.O.)
> *Sometimes, despite your best efforts otherwise, life will give you lemons...*

Puffs his pillow, not a care in the world.

105.

                    BURKE (V.O.)
          *When that happens, you've got
          two choices, friend.  You can
          wear a sour face.  Or...  Make
          lemonade.*

Turns out the light.  BLACK.

INT. ELOISE'S HOUSE - NIGHT

Late.  Eloise trudges up the steps to the door.  Freezes --
a man climbing out her window, a box under his arm.

                    ELOISE
          Tyler...??

He turns with a start, realizes.

                    TYLER
          Oh, hey, El.  Just getting the
          last of my stuff.

                    ELOISE
          You could've called, I would've
          let you use the front door.

                    TYLER
          All I been doing is calling.

                    ELOISE
          Right...

                    TYLER
          No worries.
                (blurts)
          I'm moving to L.A.

                    ELOISE
          You--?!  Really?

                    TYLER
          Musically it's kinda done here.
          And L.A.'s the new L.A.  Figured
          I try and go all out.

She considers that, affected.

                    ELOISE
          I don't know what to say, Ty.
          I'm...impressed.

**108**

106.

                    TYLER
          Thanks.  I feel pretty...'A-Okay'
          about it.
               (off her)
          That Burke Preston's a pretty
          righteous dude.

                    ELOISE
          Uh.  One way of putting it.

                    TYLER
          Guy's been through some serious
          shit.  Losing his wife, going
          from writing columns for
          Psychology Today to 54 tour dates
          a year...

                    ELOISE
          How -- do you know all that?

                    TYLER
          Ordered the Premium Gold
          Membership.

She's speechless.

                    TYLER
          So.  You two...?

                    ELOISE
          Can't tell you how much I don't
          want to talk about it.

                    TYLER
          Cool.  But.  I hope you find
          someone...that you really deserve.
               (then)
          Tall order.

Touches her.  A moment.

                    TYLER
          Well, better hit it.

She nods.  Hugs him.  And off he goes.  Pauses --

                    TYLER
          Weird.  Little dog runs in the
          middle of the road and the whole
          world changes.
               (then)
          Think your life is gonna be one
          thing.  Next thing you know,
          it's something else.

107.

A nod as he disappears into the darkness.  Leaving her.

INT. ELOISE'S HOUSE - BEDROOM - NIGHT

Late.  Eloise, sleepless.  Sees Burke's A-Okay! photo staring back at her.  Grabs the book, flings it into the other room.

Flips channels...  Tosses and turns...  Surfs on her laptop... Listens to her iPod...  Stares at the ceiling...

And...  Reads from the retrieved book, *A-Okay*!

Pauses, mid-paragraph.  A thought strikes her.  Furrows her brow.  Wheels turning...

EXT. ELLIOTT BAY - DAWN

A gray sun emerging over the Puget Sound...

INT. HOTEL - ATRIUM - DAY

A firm handshake.  Burke on one end, a stately, sixty-something CEO on the other: MORT VERNON.  Lane, execs in tow.

> VERNON
> At long last.

> BURKE
> I'm honored you could make it in.

> VERNON
> I hear good things.  Look forward to seeing you in action.

> BURKE
> We can probably scare up a seat for you.

> VERNON
> Good enough.  All goes well, perhaps we can put this one to bed.

> LANE
> Feather bed, six hundred thread count.

Joke falls flat.  Vernon moves on, execs at his heels --

**110**

108.

                    LANE
               (walks with Burke)
          They agreed to the international
          and DVD roll out.  Old man likes
          what he sees, we are Rolls Royce,
          babylove.

                    BURKE
          Considerate it done.

INT. HOTEL - BANQUET ROOM - DAY

Workshoppers file in, Lane leads Vernon to his seat...

INT. HOTEL - MEN'S BATHROOM - DAY

Burke at the mirror, wiping away microscopic lint.  Pays no
mind to the squeak of the door behind him.  Turns to leave --

Eloise.  Red eyes.  Sleepless.

                    ELOISE
          You didn't have to be mean.  And
          what you said was mean.

                    BURKE
          Eloise.  I don't see any point
          in --

                    ELOISE
          But I think I figured out why
          you were.  Re-read your book.
          But this time I read between the
          lines.
               (off him)
          Wasn't hard to find.

She pulls out a manila envelope from her bag.  Hands it over.

                    ELOISE
          Maybe you're right about me.
          What I saw in you.  But.  I can't
          fix you.  You've got to do that
          for yourself.
               (then)
          You're a good man.  You haven't
          deserved what you've put yourself
          through.
               (difficult)
          Take care, okay?

**111**

109.

Tears welling.  A last look and she vanishes out the door.
He stares.  Pale.

His eyes fall to the envelope...

INT. HOTEL - BANQUET ROOM - DAY

Lane on stage with the mic, top of the world --

                  LANE
        ...how 'bout it, folks -- has it
        been a week of miracles or what?
            (applause)
        Can't hear you!
            (more)
        That's more like it!  How many
        of you can't get enough of Burke
        Preston?
            (cheers)
        Bet you wish he was right there
        in your living room every day
        from 3PM to 4PM on your local
        syndicated channel, don'tcha?

Place goes nuts.  Lane winks to a stoic Vernon.

NEW ANGLE - ENTRANCE

Burke.  Manilla envelope opened.  Numb gaze.

ANGLE - LANE

                  LANE
        We'll see what we can do about
        that.  Now.  Without further
        ado, the man of the week -- Burke
        Preston!

*Bittersweet Symphony*, lights, jubilant applause.  Burke trots
on stage, on-demand smile.  Crowd on its feet.

                  BURKE
        Thank you, thank you.  Please,
        have a seat.
            (then)
        Gosh, I'm feeling...okay.  How
        are you?

                 AUDIENCE
        A-OKAY!

Applause, cheers.  The digital backdrop of his book, *A-OKAY*
illuminates the stage.

**112**

110.

                         BURKE
             Glad to hear it.  Boy, it's really
             been my honor to work with every
             one of you this week...

INT. HOTEL - LOBBY - SAME

Lobby entrance -- <u>Silver</u> <u>barreling</u> <u>in</u> -- <u>with</u> <u>a</u> <u>uniformed</u>
<u>POLICE</u> <u>OFFICER</u> <u>in</u> <u>tow</u> --

INT. HOTEL - BANQUET ROOM - SAME

Burke at work --

                         BURKE
             ...lot of progress over the last
             few days.  But don't forget,
             it's a foundation for the future.

His eyes drift to Walter, front row.

                         BURKE
             I admire your courage.  To
             confront the fear.  The lies.
             The hurt.  The...

Walter's eyes.  Grateful.  Piercing Burke.  The overhead
lights hot, spotlight BLINDING HIM.

He loses his words.

INT. HOTEL - HALLWAY - SAME

Silver and the cop, down the hall from the banquet room,
before roped SECURITY --

                         SILVER
             -- man is a thief --

                         OFFICER
             -- police matter, kindly step
             aside --

Lane, on his cell, sees them -- holy shit, runs --

                         LANE
             What seems to be the problem?!

                         SILVER
             <u>Burke</u> <u>Preston</u> <u>stole</u> <u>my</u> <u>bird</u> --

**113**

111.

                              LANE
                    Your what?!  Officer, this man
                    is unbalanced --

                              SILVER
                    Don't gimme that -- who the hell
                    else would take it --

Chaos -- back and forth arguing --

INT. HOTEL - BANQUET ROOM - SAME

Oblivious to the ongoings outside, Burke struggles on beneath the SPOTLIGHT GLARE --

                              BURKE
                    ...because you people did the
                    work, not me...

His eyes taking in their faces.  Trusting.  Believing.

His gaze falls to the envelope in his pocket.  He goes silent. Everyone waiting.  Staring.

Vernon gazing at him, askance.

He slumps, drops the act.

                              BURKE
                    I.  I can't do this anymore.
                         (then)
                    I stand here.  And I watch you
                    all confront your pain.  And I
                    envy you.  Because.  I haven't
                    confronted mine.

Quaking.  Pulls out the envelope.  A document.

                              BURKE
                    This is from Los Angeles County
                    Public Records.  Vehicular
                    Accident Report.
                         (then)
                    My wife's accident.
                         (difficult)
                    It was raining.  This dog.  In
                    the middle of the road...

A single tear falls.  And then another.  Another.

**114**

112.

> BURKE
> I didn't want it to be my fault.
> I just wanted it to be an
> accident, like I wasn't even
> there.  But how could I have
> known about that dog unless...I
> was there.
> > (then)
> I was driving the car.  Not her.
> I killed my wife.
> > (then)
> I'm so sorry.

Broken man on stage.  Could hear a pin drop.  Tears.  Hiccups of emotion.  Raw.

Then...

> SILVER
> It was just an accident, son.

Heads turn.  Silver at the entrance.  Heard it all.  Makes his way down the aisle.  Shocked, Burke can't bear to look.

Not as he walks up the steps.  Not as he comes to his side. Not as he puts his arms around him.

> SILVER
> Nothing you could've done.
> Goddamn fluke.  We never blamed
> you.  We just wanted to grieve
> with you.

Holding him.  Burke's eyes wet.  A release.  For both.

Lane watching from below.  Welling.  A release for him, too.

Walter edges up to the stage.  Arms around both men.

Then Beehive.  Then Well-to-Do.  Then Moustache.  A flood of workshoppers on stage.  Group embrace.  Applause.

Acceptance.

INT. HOTEL - ATRIUM - MOMENTS LATER

Group disbursing, Lane finds Burke at the entrance.

> LANE
> Proud of you.  Maybe I.  Should've
> made you do that a long time
> ago...
> > (MORE)

**115**

113.

                    LANE (CONT'D)
              (then)
          Gonna be alright?

                    BURKE
          Time.

A hug.  Burke's eyes smile, grateful.  Interrupted by a
clearing of a throat.  Vernon.

                    VERNON
          That was...something.

                    LANE
          Ya know what?  That was reality
          right there.  If you can't accept
          that for what it was, then you
          can take the deal and shove it
          up your --

                    VERNON
          I found it refreshing.  And I
          respect you for it.

A handshake.  Burke nods.  Lane backpedals --

                    LANE
          Oh.  So we're still...?

                    VERNON
          We'll see.

                    LANE
          Fantastic.  Ya know, I was just
          kidding about the shoving it up
          your...

Following him.  Leaving Burke.  An inhale.  A new day.

Silver arrives.  Eyes on eyes.  A nod.

                    SILVER
          Come by.  But use the front door
          next time.

                    BURKE
          I will.  I promise.

                    SILVER
          Thank you.

                    BURKE
          You were right.  Been living a
          lie --

**116**

114.

                    SILVER
          Not about that.
               (off him)
          For getting rid of that goddamn
          bird.

Mutual smiles.  Silver heads on.

And with that, Burke Preston, PhD walks for the stairwell
door.  Pauses.  Reconsiders.  Redirects...

The elevator doors close behind him...

                                              CUT TO:

AN OPEN SUITCASE.

A crisp shirt, delicately placed.  Hands brush away a
microscopic feather of lint...

Next, a pair of dress shoes.  Socks rolled perfectly...

A dopp kit.  Nose hair trimmer, fingernail clippers, pumice
stone.  Zipped up, tucked into the bag, just so...

INT. HOTEL - HALLWAY - DAY

Burke carting his suitcase to the elevator.

                    BURKE (V.O.)
          Remember.  During your travels,
          it's important to always keep
          one thing in mind.  When one
          things ends, something else
          begins...

Pauses.  The apple still-life painting.  A small exhale.

INT./EXT. CAB - TRAVELING - DAY

Back seat, Burke staring out at the passing Seattle skyline.
The BLINKING CITY LIGHTS...

EXT. SIDEWALK - DAY

Burke emerging from the cab, heads down the path with a
bouquet of flowers.  WE WIDEN...a cemetery.

**117**

115.

EXT. CEMETERY - DAY

A headstone, *Cynthia Leigh Preston*.  Burke sitting in the grass.  Quiet.  Serene.  Just sitting.

EXT. CEMETERY - LATER

Burke gently sets the flowers at the foot of the headstone.

> BURKE
> Ya know.  Friend of mine told me
> that every bouquet of flowers
> has a story.  I'm sorry ours
> took so long for me to finish.

A last look.  A kiss on the headstone.  And he ambles on.

EXT. CEMETERY - DAY

Burke walking down the drive the cemetery.  Climbs back into the cab.  Just sitting there.

> CABBIE
> So, where to?

Burke considers.  His eyes stare forth.  A hint of optimism.

BLACK OUT.

THE END.

**118**

# EXHIBIT B
## LODGED WITH THE COURT

# MOVIE TRAILERS FOR
# <u>LOVE HAPPENS</u>
# ARE LODGED SEPARATELY
# WITH THE COURT

# EXHIBIT C

Log

Sea

Home  |  9/16/2009   12:45 P.M.  |  Text size: a⁻ A⁺

| NEWS | REVIEWS | CHARTS | FEATURES | PEOPLE | MEDIA CAREERS |
PHOTOS

# Slanguage Dictionary Results

Find slanguage word:   

A B C D E F G H I J K L M N O P Q R S T U V W Y Z

LIST ALL

**Alphabet web** -- the ABC television network; "The Alphabet web came in second in last week's Nielsens race."

**SAG** -- the Screen Actors Guild, the union for film and TV actors.

**scatter** -- the TV network commercial time left over after upfront (before season) sales are made; "The network source said scatter sales have been so-so to this point."

**scribbler** -- writer; "Neil Simon was a TV scribbler before becoming a playwright." Also "scribe."

**scripter --** screenwriter; "Joe Eszterhaus was the scripter on the project." Also "scribe."

**SDMM** -- Set Designers and Model-Makers Union.

**SDSA** -- Set Directors' Society of America.

**seg** -- segment or episode of a TV series; " 'ER' made its season debut with a live seg."

**sell-through** -- prerecorded videocassettes priced lower to be sold rather than rented; "The next batch of Disney releases will be priced for sell-through."

**sellout** -- sold-out performance; "The U2 tour was a sellout the day tickets went on sale."

**sesh** -- session or meeting; also a time frame, such as a weekend; "The convention will hold a sesh on film financing Tuesday afternoon" or "The film was down 36% at the B.O. this sesh."

**sex appeal --** a term coined by Variety now in common usage meaning to be attractive to audiences owing to sexual aura; "Jean Harlow's sex appeal put the picture over."

**shingle** -- A small business, often set up by an actor or established player at a larger company; "Tom Green has

launched production shingle Bob Green Films."

**showbiz** -- show business; "The annual Oscar ceremony is one of the biggest events on the showbiz calendar."

**showrunner** -- executive producer of a television series.

**shutter** -- to close a legitimate play or musical; "Moose Murders" shuttered on Broadway the night it opened."

**sideman** -- A member of a band or a session musician; "Virtually every member of the 'Tonight Show' bands --- from Conte Candoli to Kevin Eubanks --- has had his fair share of local gigs as a leader and sideman."

**sitcom** -- a term now in common usage originally coined by Variety, shorthand for situation comedy TV series; "A new Tom Selleck sitcom is in the works."

**sked** -- schedule; "Alan Smithee's new sitcom is expected to be added to NBC's fall sked."

**skein** -- a TV series; "It is not known whether ABC will renew the skein for next season."

**sleeper** -- a film or TV show that lacks pre-release buzz or critical praise, but turns into a success after it is released, usually due to good word-of-mouth, "Sixth Sense was the surprise sleeper of the summer of 1999."

**soap opera** -- radio (now TV) serial originally sponsored by soap companies; "The networks still rely heavily on soap operas to anchor their daytime schedules." (See also sudser)

**sock (also socko)** -- very good (usually refers to box office performance); " 'My Best Friend's Wedding' has done socko B.O." (See also, boff, whammo)

**solon** -- an authority; someone in the know; from the ancient Greek wise man, Solon; "Solons say the deal is likely to go down by the end of the week."

**spec script** -- a script shopped or sold on the open market, as opposed to one commissioned by a studio or production company; "Alan Smithee sold a spec script to Fox for a mid-six against high-six-figure sum."

**spesh** -- a television special; "HBO has pacted with Britney Spears to do a live concert spesh."

**sprocket opera** -- film festival; "The actor plans to attend the annual Sundance sprocket opera next year."

**SRO** -- standing room only; a sold out show; " 'Rent' has been SRO since it opened on Broadway."

**STCPDS** -- Story, trailer, cast, production notes, downloads and stills -- the basics of every movie Web site ever; "MGM's Goodboy! Web site offers the standard STCPDS."

**strip** -- a five- or six-day-per-week TV series, usually in syndication; "Roseanne will return to TV in a talkshow strip next fall."

**sudser** -- soap opera; "Sudser star Susan Lucci was nominated for an Emmy again this year."

**suspenser** -- suspense film; "The studio is planning a remake of the Audrey Hepburn suspenser 'Wait Until Dark.' "

**syndie** -- syndicated television programming, those sold to stations, rather than provided by one of the networks or netlets; " 'Xena: Warrior Princess' was at the top of the syndie ratings last week."

Back to top

© Copyright 2009 **RBI.**, a division of Reed Elsevier Inc.
Privacy Policy | Terms & Conditions | About Us | Advertise | Contact Us | Site Map | Help | Login

**Media & Publishing:**
Broadcasting & Cable | LA 411 | Library Journal |
Multichannel News | New York 411 | Publishers Weekly |
School Library Journal | Críticas | Tradeshow Week |
Variety | Video Business

**Business & Printing:**
Converting | DM2-DecisionMaker | Expert Business
Source | Graphic Arts Blue Book | Graphic Arts Monthly |
Hot Frog | Packaging Digest | Tracom Group | Zibb

Ele
ED
Tes

Bu

# EXHIBIT D

124



- Advertisement -

http://www.variety.com/index.asp?layout=print_story&articleid=VR1117965938&categoryid=2479

To print this page, select "PRINT" from the File Menu of your browser.

**Posted: Tue., May 29, 2007, 7:00pm PT**

# Eckhart, Universal go 'Traveling'

## Stuber, Parent to produce Camp's drama

### By MICHAEL FLEMING

Stuber/Parent's Scott Stuber and Mary Parent will produce Universal Pictures drama "Traveling."

Aaron Eckhart is set to star in the pic, which will mark the directing debut of Brandon Camp. Camp wrote the script with longtime writing partner Mike Thompson, who will also produce.

Shooting begins early next year.

Eckhart will play a widower whose book about grieving turns him into a phenomenon. Reinvented as a charismatic self-help guru, he falls for a woman at a seminar and is forced to confront the fact that he hasn't come to grips with his own loss.

The writers, who recently sold a thriller pitch they'll write for Stuber-Parent and U, are best known for penning "Dragonfly" and "Steinbeck's Point of View," both of which dealt with themes of loss and mortality. The team is repped by ICM.

CAA-repped Eckhart, who'll next be seen starring alongside Catherine-Zeta Jones in the Scott Hicks-directed Warner Bros. comedy "No Reservations," recently wrapped the Alan Ball-directed "Nothing Is Private" and isplaying the villainous Two-Face in the Christopher Nolan-directed "The Dark Knight."

Stuber and Parent are in post-production on Peter Berg-directed drama "The Kingdom," which Universal opens Sept. 29, and just wrapped Malcolm Lee's Martin Lawrence comedy "The Better Man." They're prepping "The Wolfman" for a December start in London, with Mark Romanek to direct, as well as the comedy "Big Brothers," with Luke Greenfield helming.

Read the full article at:
http://www.variety.com/article/VR1117965938.html

Like this article? Variety.com has over 150,000 articles, 40,000 reviews and 10,000 pages of charts. Subscribe today!

# EXHIBIT E

**126**

Case 2:09-cv-06681-ODW-AGR    Document 16-3    Filed 09/16/09    Page 156 of 158    Page ID #:585



http://www.variety.com/index.asp?layout=print_story&articleid=VR1117972745&categoryid=13

To print this page, select "PRINT" from the File Menu of your browser.

**Posted: Tue., Sep. 25, 2007, 6:30pm PT**

# Aniston books 'Traveling' role

## Aaron Eckhart costars in Universal film

**By <u>MICHAEL FLEMING</u>**

Universal Pictures has set Jennifer Aniston to star with Aaron Eckhart in "Traveling," a drama that marks the directing debut of Brandon Camp.

Camp wrote the script with longtime writing partner Mike Thompson.

Aniston will play a floral designer who works in a Seattle hotel where a charismatic self-help guru is conducting a weekend seminar on coping with grief. As they get to know each other, she factors heavily into the guru's realization that he practices none of the principles he teaches.

Stuber/Parent's Scott Stuber and Mary Parent will produce with Thompson. Shooting begins early next year.

Aniston is shooting a small role in New Line's ensembler "She's Just Not That Into You" and moves right into the Stephen Belber-directed "Management" with Steve Zahn. She is also booked to star in the David Frankel-directed Fox 2000 pic "Marley & Me" with Owen Wilson, but that picture has been postponed until at least spring.

Peter Berg-directed Universal drama "The Kingdom," produced by Stuber and Parent, opens this weekend.

Read the full article at:
<u>http://www.variety.com/article/VR1117972745.html</u>

Like this article? Variety.com has over 150,000 articles, 40,000 reviews and 10,000 pages of charts. Subscribe today!
<u>http://www.variety.com/emailfriend</u>
or call (866) MY-VARIETY.
Can't commit? Sign up for a free trial!
<u>http://www.variety.com/emailfriend</u>

© 2009 Reed Business Information

# EXHIBIT F

 LexisNexis·

5 of 6 DOCUMENTS

Copyright 2008 VNU Business Media, Inc.
All Rights Reserved

The Hollywood Reporter

January 22, 2008 Tuesday

**LENGTH:** 175 words

**HEADLINE:** Trio 'Traveling' with Universal

**BYLINE:** Borys Kit

**BODY:**

Dan Fogler, Judy Greer and Martin Sheen are packing their bags for "Traveling," Universal's Stuber/Parent comedy starring Jennifer Aniston and Aaron Eckhart.

Joe Anderson ("Across the Universe") and John Carroll Lynch ("K-Ville") also have joined the cast. "Traveling" is being directed by Brandon Camp and produced by Scott Stuber and Mary Parent as well as Mike Thompson.

The script, written by Camp and Thompson, follows a widowed self-help author (Eckhart) headlining a grief seminar in Seattle who rediscovers love and happiness after meeting a hotel florist (Aniston).

Fogler is the guru's overzealous manager, while Greer will play the florist's employee and friend. Anderson is the florist's musician boyfriend and Lynch is a reluctant seminar attendee.

Sheen will play the author's father, who has a strained relationship with his son.

J. Miles Dale and Rick Solomon are executive producing.

Fogler, repped by WMA, was last seen in "Good Luck Chuck" and headlined "Balls of Fury."

CAA-repped Greer can be seen in "27 Dresses." Sheen is repped by ICM.

**LOAD-DATE:** January 27, 2008